# STANDARDIZED FUND ACCOUNTING REPORT

*Receivership in SEC v. Provident Royalties, LLC, et al.*
Civil Court Docket No. 3-09cv1238

Eleventh Quarterly Reporting Period --01/01/12 to 03/31/12

**FUND ACCOUNTING:**

|  |  | Reporting Period | Subtotal Prior Periods | Grand Total |
|---|---|---:|---:|---:|
| Line 1 | Beginning Balance | $4,035,256.40 | $0.00 | $0.00 |
|  | *Increases in Fund Balance:* |  |  |  |
| Line 2 | Business Income | $1,479.34 | $485,770.21 | $487,249.55 |
| Line 3 | Cash and Securities | $0.00 | $223,027.67 | $223,027.67 |
| Line 4 | Interest/Dividend Income | $91.77 | $1,154.25 | $1,246.02 |
| Line 5 | Business Asset Liquidation | $12,890.00 | $1,558,088.17 | $1,570,978.17 |
| Line 6 | Personal Asset Liquidation | $0.00 | $1,566,175.27 | $1,566,175.27 |
| Line 7 | Third-Party Litigation Income | $0.00 | $2,120,000.00 | $2,120,000.00 |
| Line 8 | Miscellaneous - Other | $0.00 | $640,812.26 | $640,812.26 |
|  | Total Funds Available (Lines 1-8): | $4,049,717.51 | $6,595,027.83 | $6,609,488.94 |
|  | *Decreases in Fund Balance:* |  |  |  |
| Line 9 | Disbursements to Investors | $2,069,648.17 | $1,475,229.08 | $3,544,877.25 |
| Line 10 | Disbursements for Receivership Operations: |  |  |  |
| Line 10a | Disbursements to Receiver or Other Professionals | $0.00 | $925,856.88 | $925,856.88 |
| Line 10b | Business Asset Expenses | $0.00 | $9,830.22 | $9,830.22 |
| Line 10c | Personal Asset Expenses | $300.00 | $0.00 | $300.00 |
| Line 10d | Investment Expenses | $0.00 | $0.00 | $0.00 |
| Line 10e | Third-Party Litigation Expenses |  |  |  |
|  | 1. Attorney Fees | $0.00 | $0.00 | $0.00 |
|  | 2. Litigation Expenses | $0.00 | $0.00 | $0.00 |
|  | *Total Third-Party Litigation Expenses* | $0.00 | $0.00 | $0.00 |
|  |  |  |  | $0.00 |
| Line 10f | Tax Administrator Fees and Bonds | $0.00 | $0.00 | $0.00 |
| Line 10g | Federal and State Tax Payments | $0.00 | $0.00 | $0.00 |
|  | Total Disbursements for Receivership Operations | $300.00 | $935,687.10 | $935,987.10 |
| Line 11 | Disbursements for Distribution Expenses Paid by the Fund: |  |  |  |
| Line 11a | Distribution Plan Development Expenses: |  |  |  |
|  | 1. Fees: |  |  |  |
|  | Fund Administrator | $0.00 | $0.00 | $0.00 |
|  | Independent Distribution Consultant (IDC) | $0.00 | $0.00 | $0.00 |
|  | Distribution Agent | $0.00 | $0.00 | $0.00 |
|  | Consultants | $0.00 | $0.00 | $0.00 |
|  | Legal Advisers | $0.00 | $0.00 | $0.00 |
|  | Tax Advisers | $0.00 | $0.00 | $0.00 |
|  | 2. Administrative Expenses | $0.00 | $0.00 | $0.00 |
|  | 3. Miscellaneous | $0.00 | $0.00 | $0.00 |
|  | *Total Plan Development Expenses* | $0.00 | $0.00 | $0.00 |
| Line 11b | Distribution Plan Implementation Expenses: |  |  |  |
|  | 1. Fees: |  |  |  |
|  | Fund Administrator | $0.00 | $0.00 | $0.00 |
|  | Independent Distribution Consultant (IDC) | $0.00 | $0.00 | $0.00 |
|  | Distribution Agent | $0.00 | $0.00 | $0.00 |
|  | Consultants | $0.00 | $0.00 | $0.00 |
|  | Legal Advisers | $0.00 | $0.00 | $0.00 |
|  | Tax Advisers | $0.00 | $0.00 | $0.00 |
|  | 2. Administrative Expenses | $0.00 | $0.00 | $0.00 |
|  | 3. Investor Identification: |  |  |  |
|  | Notice/Publishing Approved Plan | $0.00 | $0.00 | $0.00 |
|  | Claimant Identification | $0.00 | $0.00 | $0.00 |
|  | Claims Processing | $0.00 | $0.00 | $0.00 |
|  | Web Site Maintenance/Call Center | $0.00 | $0.00 | $0.00 |
|  | 4. Fund Administrator Bond | $0.00 | $0.00 | $0.00 |
|  | 5. Miscellaneous | $13,727.99 | $10,608.26 | $24,336.25 |
|  | 6. Federal Account for Investor Restitution (FAIR) Reporting Expenses | $0.00 | $0.00 | $0.00 |
|  | *Total Plan Implementation Expenses* | $13,727.99 | $10,608.26 | $24,336.25 |
|  | Total Disbursements for Distribution Expenses Paid by the Fund | $13,727.99 | $10,608.26 | $24,336.25 |
| Line 12 | Disbursements to Court/Other: |  |  |  |
| Line 12a | Investment Expenses/Court Registry Investment System (CRIS) Fees | $0.00 | $0.00 | $0.00 |
| Line 12b | Federal Tax Payments | $0.00 | $138,246.99 | $138,246.99 |
|  | Total Disbursements to Court/Other: | $0.00 | $138,246.99 | $138,246.99 |
|  | Total Funds Disbursed (Lines 9-11) | $2,083,676.16 | $2,559,771.43 | $4,643,447.59 |
| Line 13 | Ending Balance: | $1,966,041.35 | $4,035,256.40 | $1,966,041.35 |
| Line 14 | Ending Balance of Fund - Net Assets: |  |  | $1,966,041.35 |
| Line 14a | Cash & Cash Equivalents | $1,966,041.35 | $4,035,256.40 | $1,966,041.35 |
| Line 14b | Investments | $0.00 | $0.00 | $0.00 |
| Line 14c | Other Assets or Uncleared Funds | $0.00 | $0.00 | $0.00 |
|  | Total Ending Balance of Fund - Net Assets | $1,966,041.35 | $4,035,256.40 | $1,966,041.35 |

| OTHER SUPPLEMENTAL INFORMATION: | Reporting Period | Subtotal Prior Periods | Grand Total |
|---|---|---|---|
| *Report of Items NOT To Be Paid by the Fund:* | | | |
| **Line 15** Disbursements for Plan Administration Expenses Not Paid by the Fund: | | | |
| *Line 15a Plan Development Expenses Not Paid by the Fund:* | | | |
| 1. Fees: | | | |
| Fund Administrator | $0.00 | $0.00 | $0.00 |
| Independent Distribution Consultant (IDC) | $0.00 | $0.00 | $0.00 |
| Distribution Agent | $0.00 | $0.00 | $0.00 |
| Consultants | $0.00 | $0.00 | $0.00 |
| Legal Advisers | $0.00 | $0.00 | $0.00 |
| Tax Advisers | $0.00 | $0.00 | $0.00 |
| 2. Administrative Expenses | $0.00 | $0.00 | $0.00 |
| 3. Miscellaneous | | $0.00 | $0.00 |
| *Total Plan Development Expenses Not Paid by the Fund* | $0.00 | $0.00 | $0.00 |
| *Line 15b Plan Implementation Expenses Not Paid by the Fund:* | | | |
| 1. Fees: | | | |
| Fund Administrator | $0.00 | $0.00 | $0.00 |
| Independent Distribution Consultant (IDC) | $0.00 | $0.00 | $0.00 |
| Distribution Agent | $0.00 | $0.00 | $0.00 |
| Consultants | $0.00 | $0.00 | $0.00 |
| Legal Advisers | $0.00 | $0.00 | $0.00 |
| Tax Advisers | $0.00 | $0.00 | $0.00 |
| 2. Administrative Expenses | $0.00 | $0.00 | $0.00 |
| 3. Investor Identification: | | | |
| Notice/Publishing Approved Plan | $0.00 | $0.00 | $0.00 |
| Claimant Identification | $0.00 | $0.00 | $0.00 |
| Claims Processing | $0.00 | $0.00 | $0.00 |
| Web Site Maintenance/Call Center | $0.00 | $0.00 | $0.00 |
| 4. Fund Administrator Bond | $0.00 | $0.00 | $0.00 |
| 5. Miscellaneous | $0.00 | $0.00 | $0.00 |
| 6. Federal Account for Investor Restitution (FAIR) Reporting Expenses | $0.00 | $0.00 | $0.00 |
| *Total Plan Implementation Expenses Not Paid by the Fund* | $0.00 | $0.00 | $0.00 |
| *Line 15c Tax Administrator Fees & Bonds Not Paid by the Fund* | $0.00 | $0.00 | $0.00 |
| Total Disbursements for Plan Administration Expenses Not Paid by the Fund | $0.00 | $0.00 | $0.00 |
| **Line 16** Disbursements to Court/Other Not Paid by the Fund: | | | |
| *Line 16a* Investment Expenses/CRIS Fees | $0.00 | $0.00 | $0.00 |
| *Line 16b* Federal Tax Payments | $0.00 | $0.00 | $0.00 |
| Total Disbursements to Court/Other Not Paid by the Fund: | $0.00 | $0.00 | $0.00 |
| **Line 17** DC & State Tax Payments | $0.00 | $0.00 | $0.00 |
| **Line 18** No. of Claims: | | | |
| *Line 18a* # of Claims Received This Reporting Period | $0.00 | $0.00 | $0.00 |
| *Line 18b* # of Claims Received Since Inception of Fund | $0.00 | $0.00 | $0.00 |
| **Line 19** No. of Claimants/Investors: | | | |
| *Line 19a* # of Claimants/Investors Paid This Reporting Period | $0.00 | $0.00 | $0.00 |
| *Line 19b* # of Claimants/Investors Paid Since Inception of Fund | $0.00 | $0.00 | $0.00 |