# STANDARDIZED FUND ACCOUNTING REPORT

*Receivership in SEC v. Provident Royalties, LLC, et al.*
Civil Court Docket No. 3-09cv1238

Twelfth Quarterly Reporting Period --04/01/12 to 06/30/12

**FUND ACCOUNTING:**

|  |  | Reporting Period | Subtotal Prior Periods | Grand Total |
|---|---|---:|---:|---:|
| Line 1 | Beginning Balance | $1,966,041.35 | $0.00 | $0.00 |
|  | *Increases in Fund Balance:* |  |  |  |
| Line 2 | Business Income | $1,614.43 | $487,249.55 | $488,863.98 |
| Line 3 | Cash and Securities | $0.00 | $223,027.67 | $223,027.67 |
| Line 4 | Interest/Dividend Income | $50.76 | $1,246.02 | $1,296.78 |
| Line 5 | Business Asset Liquidation | $2,259.15 | $1,570,978.17 | $1,573,237.32 |
| Line 6 | Personal Asset Liquidation | $0.00 | $1,566,175.27 | $1,566,175.27 |
| Line 7 | Third-Party Litigation Income | $1,603,841.77 | $2,120,000.00 | $3,723,841.77 |
| Line 8 | Miscellaneous - Other | $2,728.89 | $640,812.26 | $643,541.15 |
|  | Total Funds Available (Lines 1-8): | $3,576,536.35 | $6,609,488.94 | $8,219,983.94 |
|  | *Decreases in Fund Balance:* |  |  |  |
| Line 9 | Disbursements to Investors | $0.00 | $3,544,877.25 | $3,544,877.25 |
| Line 10 | Disbursements for Receivership Operations: |  |  |  |
| *Line 10a* | *Disbursements to Receiver or Other Professionals* | $0.00 | $925,856.88 | $925,856.88 |
| *Line 10b* | *Business Asset Expenses* | $0.00 | $9,830.22 | $9,830.22 |
| *Line 10c* | *Personal Asset Expenses* | $0.00 | $300.00 | $300.00 |
| *Line 10d* | *Investment Expenses* | $0.00 | $0.00 | $0.00 |
| *Line 10e* | *Third-Party Litigation Expenses* |  |  |  |
|  | 1. Attorney Fees | $0.00 | $0.00 | $0.00 |
|  | 2. Litigation Expenses | $0.00 | $0.00 | $0.00 |
|  | *Total Third-Party Litigation Expenses* | $0.00 | $0.00 | $0.00 |
|  |  |  |  | $0.00 |
| *Line 10f* | *Tax Administrator Fees and Bonds* | $0.00 | $0.00 | $0.00 |
| *Line 10g* | *Federal and State Tax Payments* | $0.00 | $0.00 | $0.00 |
|  | Total Disbursements for Receivership Operations | $0.00 | $935,987.10 | $935,987.10 |
| Line 11 | Disbursements for Distribution Expenses Paid by the Fund: |  |  |  |
| *Line 11a* | *Distribution Plan Development Expenses:* |  |  |  |
|  | 1. Fees: |  |  |  |
|  | Fund Administrator | $0.00 | $0.00 | $0.00 |
|  | Independent Distribution Consultant (IDC) | $0.00 | $0.00 | $0.00 |
|  | Distribution Agent | $0.00 | $0.00 | $0.00 |
|  | Consultants | $0.00 | $0.00 | $0.00 |
|  | Legal Advisers | $0.00 | $0.00 | $0.00 |
|  | Tax Advisers | $0.00 | $0.00 | $0.00 |
|  | 2. Administrative Expenses | $0.00 | $0.00 | $0.00 |
|  | 3. Miscellaneous | $0.00 | $0.00 | $0.00 |
|  | *Total Plan Development Expenses* | $0.00 | $0.00 | $0.00 |
| *Line 11b* | *Distribution Plan Implementation Expenses:* |  |  |  |
|  | 1. Fees: |  |  |  |
|  | Fund Administrator | $0.00 | $0.00 | $0.00 |
|  | Independent Distribution Consultant (IDC) | $0.00 | $0.00 | $0.00 |
|  | Distribution Agent | $0.00 | $0.00 | $0.00 |
|  | Consultants | $0.00 | $0.00 | $0.00 |
|  | Legal Advisers | $0.00 | $0.00 | $0.00 |
|  | Tax Advisers | $0.00 | $0.00 | $0.00 |
|  | 2. Administrative Expenses | $0.00 | $0.00 | $0.00 |
|  | 3. Investor Identification: |  |  |  |
|  | Notice/Publishing Approved Plan | $0.00 | $0.00 | $0.00 |
|  | Claimant Identification | $0.00 | $0.00 | $0.00 |
|  | Claims Processing | $0.00 | $0.00 | $0.00 |
|  | Web Site Maintenance/Call Center | $0.00 | $0.00 | $0.00 |
|  | 4. Fund Administrator Bond | $0.00 | $0.00 | $0.00 |
|  | 5. Miscellaneous | $7,584.73 | $24,336.25 | $31,920.98 |
|  | 6. Federal Account for Investor Restitution (FAIR) Reporting Expenses | $0.00 | $0.00 | $0.00 |
|  | *Total Plan Implementation Expenses* | $7,584.73 | $24,336.25 | $31,920.98 |
|  | Total Disbursements for Distribution Expenses Paid by the Fund | $7,584.73 | $24,336.25 | $31,920.98 |
| Line 12 | Disbursements to Court/Other: |  |  |  |
| *Line 12a* | *Investment Expenses/Court Registry Investment System (CRIS) Fees* | $0.00 | $0.00 | $0.00 |
| *Line 12b* | *Federal Tax Payments* | $0.00 | $138,246.99 | $138,246.99 |
|  | Total Disbursements to Court/Other: | $0.00 | $138,246.99 | $138,246.99 |
|  | Total Funds Disbursed (Lines 9-11) | $7,584.73 | $4,643,447.59 | $4,651,032.32 |
| Line 13 | Ending Balance: | $3,568,951.62 | $1,966,041.35 | $3,568,951.62 |
| Line 14 | Ending Balance of Fund - Net Assets: |  |  | $3,568,951.62 |
| *Line 14a* | Cash & Cash Equivalents | $3,568,951.62 | $1,966,041.35 | $3,568,951.62 |
| *Line 14b* | Investments | $0.00 | $0.00 | $0.00 |
| *Line 14c* | Other Assets or Uncleared Funds | $0.00 | $0.00 | $0.00 |
|  | Total Ending Balance of Fund - Net Assets | $3,568,951.62 | $1,966,041.35 | $3,568,951.62 |

Case 3:09-cv-01238-L-BH   Document 388-2   Filed 07/18/12   Page 2 of 2   PageID 5371

| **OTHER SUPPLEMENTAL INFORMATION:** | | **Reporting Period** | **Subtotal Prior Periods** | **Grand Total** |
|---|---|---|---|---|
| | *Report of Items NOT To Be Paid by the Fund:* | | | |
| Line 15 | Disbursements for Plan Administration Expenses Not Paid by the Fund: | | | |
| *Line 15a* | *Plan Development Expenses Not Paid by the Fund:* | | | |
| | 1. Fees: | | | |
| |    Fund Administrator | $0.00 | $0.00 | $0.00 |
| |    Independent Distribution Consultant (IDC) | $0.00 | $0.00 | $0.00 |
| |    Distribution Agent | $0.00 | $0.00 | $0.00 |
| |    Consultants | $0.00 | $0.00 | $0.00 |
| |    Legal Advisers | $0.00 | $0.00 | $0.00 |
| |    Tax Advisers | $0.00 | $0.00 | $0.00 |
| | 2. Administrative Expenses | $0.00 | $0.00 | $0.00 |
| | 3. Miscellaneous | | $0.00 | $0.00 |
| | *Total Plan Development Expenses Not Paid by the Fund* | $0.00 | $0.00 | $0.00 |
| *Line 15b* | *Plan Implementation Expenses Not Paid by the Fund:* | | | |
| | 1. Fees: | | | |
| |    Fund Administrator | $0.00 | $0.00 | $0.00 |
| |    Independent Distribution Consultant (IDC) | $0.00 | $0.00 | $0.00 |
| |    Distribution Agent | $0.00 | $0.00 | $0.00 |
| |    Consultants | $0.00 | $0.00 | $0.00 |
| |    Legal Advisers | $0.00 | $0.00 | $0.00 |
| |    Tax Advisers | $0.00 | $0.00 | $0.00 |
| | 2. Administrative Expenses | $0.00 | $0.00 | $0.00 |
| | 3. Investor Identification: | | | |
| |    Notice/Publishing Approved Plan | $0.00 | $0.00 | $0.00 |
| |    Claimant Identification | $0.00 | $0.00 | $0.00 |
| |    Claims Processing | $0.00 | $0.00 | $0.00 |
| |    Web Site Maintenance/Call Center | $0.00 | $0.00 | $0.00 |
| | 4. Fund Administrator Bond | $0.00 | $0.00 | $0.00 |
| | 5. Miscellaneous | $0.00 | $0.00 | $0.00 |
| | 6. Federal Account for Investor Restitution (FAIR) Reporting Expenses | $0.00 | $0.00 | $0.00 |
| | *Total Plan Implementation Expenses Not Paid by the Fund* | $0.00 | $0.00 | $0.00 |
| *Line 15c* | *Tax Administrator Fees & Bonds Not Paid by the Fund* | $0.00 | $0.00 | $0.00 |
| | Total Disbursements for Plan Administration Expenses Not Paid by the Fund | $0.00 | $0.00 | $0.00 |
| Line 16 | Disbursements to Court/Other Not Paid by the Fund: | | | |
| *Line 16a* |    *Investment Expenses/CRIS Fees* | $0.00 | $0.00 | $0.00 |
| *Line 16b* |    *Federal Tax Payments* | $0.00 | $0.00 | $0.00 |
| | Total Disbursements to Court/Other Not Paid by the Fund: | $0.00 | $0.00 | $0.00 |
| Line 17 | DC & State Tax Payments | $0.00 | $0.00 | $0.00 |
| Line 18 | No. of Claims: | | | |
| *Line 18a* |    *# of Claims Received This Reporting Period* | $0.00 | $0.00 | $0.00 |
| *Line 18b* |    *# of Claims Received Since Inception of Fund* | $0.00 | $0.00 | $0.00 |
| Line 19 | No. of Claimants/Investors: | | | |
| *Line 19a* |    *# of Claimants/Investors Paid This Reporting Period* | $0.00 | $0.00 | $0.00 |
| *Line 19b* |    *# of Claimants/Investors Paid Since Inception of Fund* | $0.00 | $0.00 | $0.00 |