**STANDARDIZED FUND ACCOUNTING REPORT**

*Receivership in SEC v. Provident Royalties, LLC, et al.*
Civil Court Docket No. 3-09cv1238

Reporting Period --07/01/12 to 07/31/12

**FUND ACCOUNTING:**

| | | Reporting Period | Subtotal Prior Periods | Grand Total |
|---|---|---|---|---|
| Line 1 | Beginning Balance | $3,568,951.62 | $0.00 | $0.00 |
| | *Increases in Fund Balance:* | | | |
| Line 2 | Business Income | $0.00 | $488,863.98 | $488,863.98 |
| Line 3 | Cash and Securities | $0.00 | $223,027.67 | $223,027.67 |
| Line 4 | Interest/Dividend Income | $50.76 | $1,296.78 | $1,347.54 |
| Line 5 | Business Asset Liquidation | $0.00 | $1,573,237.32 | $1,573,237.32 |
| Line 6 | Personal Asset Liquidation | $0.00 | $1,566,175.27 | $1,566,175.27 |
| Line 7 | Third-Party Litigation Income | $696,158.23 | $3,723,841.77 | $4,420,000.00 |
| Line 8 | Miscellaneous - Other | $0.00 | $643,541.15 | $643,541.15 |
| | Total Funds Available (Lines 1-8): | $4,265,160.61 | $8,219,983.94 | $8,916,192.93 |
| | *Decreases in Fund Balance:* | | | |
| Line 9 | Disbursements to Investors | $3,906,560.66 | $3,544,877.25 | $7,451,437.91 |
| Line 10 | Disbursements for Receivership Operations: | | | |
| Line 10a | *Disbursements to Receiver or Other Professionals* | $358,599.95 | $925,856.88 | $1,284,456.83 |
| Line 10b | *Business Asset Expenses* | $0.00 | $9,830.22 | $9,830.22 |
| Line 10c | *Personal Asset Expenses* | $0.00 | $300.00 | $300.00 |
| Line 10d | *Investment Expenses* | $0.00 | $0.00 | $0.00 |
| Line 10e | *Third-Party Litigation Expenses* | | | |
| | 1. Attorney Fees | $0.00 | $0.00 | $0.00 |
| | 2. Litigation Expenses | $0.00 | $0.00 | $0.00 |
| | *Total Third-Party Litigation Expenses* | $0.00 | $0.00 | $0.00 |
| | | | | $0.00 |
| Line 10f | *Tax Administrator Fees and Bonds* | $0.00 | $0.00 | $0.00 |
| Line 10g | *Federal and State Tax Payments* | $0.00 | $0.00 | $0.00 |
| | Total Disbursements for Receivership Operations | $358,599.95 | $935,987.10 | $1,294,587.05 |
| Line 11 | Disbursements for Distribution Expenses Paid by the Fund: | | | |
| Line 11a | *Distribution Plan Development Expenses:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator | $0.00 | $0.00 | $0.00 |
| | Independent Distribution Consultant (IDC) | $0.00 | $0.00 | $0.00 |
| | Distribution Agent | $0.00 | $0.00 | $0.00 |
| | Consultants | $0.00 | $0.00 | $0.00 |
| | Legal Advisers | $0.00 | $0.00 | $0.00 |
| | Tax Advisers | $0.00 | $0.00 | $0.00 |
| | 2. Administrative Expenses | $0.00 | $0.00 | $0.00 |
| | 3. Miscellaneous | $0.00 | $0.00 | $0.00 |
| | *Total Plan Development Expenses* | $0.00 | $0.00 | $0.00 |
| Line 11b | *Distribution Plan Implementation Expenses:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator | $0.00 | $0.00 | $0.00 |
| | Independent Distribution Consultant (IDC) | $0.00 | $0.00 | $0.00 |
| | Distribution Agent | $0.00 | $0.00 | $0.00 |
| | Consultants | $0.00 | $0.00 | $0.00 |
| | Legal Advisers | $0.00 | $0.00 | $0.00 |
| | Tax Advisers | $0.00 | $0.00 | $0.00 |
| | 2. Administrative Expenses | $0.00 | $0.00 | $0.00 |
| | 3. Investor Identification: | | | |
| | Notice/Publishing Approved Plan | $0.00 | $0.00 | $0.00 |
| | Claimant Identification | $0.00 | $0.00 | $0.00 |
| | Claims Processing | $0.00 | $0.00 | $0.00 |
| | Web Site Maintenance/Call Center | $0.00 | $0.00 | $0.00 |
| | 4. Fund Administrator Bond | $0.00 | $0.00 | $0.00 |
| | 5. Miscellaneous | $0.00 | $31,920.98 | $31,920.98 |
| | 6. Federal Account for Investor Restitution (FAIR) Reporting Expenses | $0.00 | $0.00 | $0.00 |
| | *Total Plan Implementation Expenses* | $0.00 | $31,920.98 | $31,920.98 |
| | Total Disbursements for Distribution Expenses Paid by the Fund | $0.00 | $31,920.98 | $31,920.98 |
| Line 12 | Disbursements to Court/Other: | | | |
| Line 12a | *Investment Expenses/Court Registry Investment System (CRIS) Fees* | $0.00 | $0.00 | $0.00 |
| Line 12b | *Federal Tax Payments* | $0.00 | $138,246.99 | $138,246.99 |
| | Total Disbursements to Court/Other: | $0.00 | $138,246.99 | $138,246.99 |
| | Total Funds Disbursed (Lines 9-11) | $4,265,160.61 | $4,651,032.32 | $8,916,192.93 |
| Line 13 | Ending Balance: | $0.00 | $3,568,951.62 | $0.00 |
| Line 14 | Ending Balance of Fund - Net Assets: | | | $0.00 |
| Line 14a | *Cash & Cash Equivalents* | $0.00 | $3,568,951.62 | $0.00 |
| Line 14b | *Investments* | $0.00 | $0.00 | $0.00 |
| Line 14c | *Other Assets or Uncleared Funds* | $0.00 | $0.00 | $0.00 |
| | Total Ending Balance of Fund - Net Assets | $0.00 | $3,568,951.62 | $0.00 |

| OTHER SUPPLEMENTAL INFORMATION: | Reporting Period | Subtotal Prior Periods | Grand Total |
|---|---|---|---|
| *Report of Items NOT To Be Paid by the Fund:* | | | |
| **Line 15** Disbursements for Plan Administration Expenses Not Paid by the Fund: | | | |
| *Line 15a Plan Development Expenses Not Paid by the Fund:* | | | |
| 1. Fees: | | | |
|   Fund Administrator | $0.00 | $0.00 | $0.00 |
|   Independent Distribution Consultant (IDC) | $0.00 | $0.00 | $0.00 |
|   Distribution Agent | $0.00 | $0.00 | $0.00 |
|   Consultants | $0.00 | $0.00 | $0.00 |
|   Legal Advisers | $0.00 | $0.00 | $0.00 |
|   Tax Advisers | $0.00 | $0.00 | $0.00 |
| 2. Administrative Expenses | $0.00 | $0.00 | $0.00 |
| 3. Miscellaneous | | $0.00 | $0.00 |
| *Total Plan Development Expenses Not Paid by the Fund* | $0.00 | $0.00 | $0.00 |
| *Line 15b Plan Implementation Expenses Not Paid by the Fund:* | | | |
| 1. Fees: | | | |
|   Fund Administrator | $0.00 | $0.00 | $0.00 |
|   Independent Distribution Consultant (IDC) | $0.00 | $0.00 | $0.00 |
|   Distribution Agent | $0.00 | $0.00 | $0.00 |
|   Consultants | $0.00 | $0.00 | $0.00 |
|   Legal Advisers | $0.00 | $0.00 | $0.00 |
|   Tax Advisers | $0.00 | $0.00 | $0.00 |
| 2. Administrative Expenses | $0.00 | $0.00 | $0.00 |
| 3. Investor Identification: | | | |
|   Notice/Publishing Approved Plan | $0.00 | $0.00 | $0.00 |
|   Claimant Identification | $0.00 | $0.00 | $0.00 |
|   Claims Processing | $0.00 | $0.00 | $0.00 |
|   Web Site Maintenance/Call Center | $0.00 | $0.00 | $0.00 |
| 4. Fund Administrator Bond | $0.00 | $0.00 | $0.00 |
| 5. Miscellaneous | $0.00 | $0.00 | $0.00 |
| 6. Federal Account for Investor Restitution (FAIR) Reporting Expenses | $0.00 | $0.00 | $0.00 |
| *Total Plan Implementation Expenses Not Paid by the Fund* | $0.00 | $0.00 | $0.00 |
| *Line 15c Tax Administrator Fees & Bonds Not Paid by the Fund* | $0.00 | $0.00 | $0.00 |
| Total Disbursements for Plan Administration Expenses Not Paid by the Fund | $0.00 | $0.00 | $0.00 |
| **Line 16** Disbursements to Court/Other Not Paid by the Fund: | | | |
| *Line 16a  Investment Expenses/CRIS Fees* | $0.00 | $0.00 | $0.00 |
| *Line 16b  Federal Tax Payments* | $0.00 | $0.00 | $0.00 |
| Total Disbursements to Court/Other Not Paid by the Fund: | $0.00 | $0.00 | $0.00 |
| **Line 17** DC & State Tax Payments | $0.00 | $0.00 | $0.00 |
| **Line 18** No. of Claims: | | | |
| *Line 18a  # of Claims Received This Reporting Period* | $0.00 | $0.00 | $0.00 |
| *Line 18b  # of Claims Received Since Inception of Fund* | $0.00 | $0.00 | $0.00 |
| **Line 19** No. of Claimants/Investors: | | | |
| *Line 19a  # of Claimants/Investors Paid This Reporting Period* | $0.00 | $0.00 | $0.00 |
| *Line 19b  # of Claimants/Investors Paid Since Inception of Fund* | $0.00 | $0.00 | $0.00 |