IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION | § | |
| | § | |
| v. | § | Civil No. 3-09CV1238-L |
| | § | |
| PROVIDENT ROYALIES, LLC, et al. | § | |

### EXHIBIT "B" TO RECEIVER'S FINAL FEE APPLICATION

Respectfully submitted,

**MUNSCH HARDT KOPF & HARR, P.C.**
3800 Lincoln Plaza
500 North Akard Street
Dallas, TX 75201-6659
(214) 740-5108
(214) 855-7584 (facsimile)

By: _/s/ Dennis Roossien_
     Dennis L. Roossien, Jr.
     Bar No. 00784873



3800 Lincoln Plaza
500 N. Akard Street
Dallas, Texas 75201-6659
Main 214.855.7500
Fax 214.855.7584
Web munsch.com

Dennis Roossien, Receiver
c/o Munsch Hardt Kopf & Harr
500 N. Akard, Suite 3800
Dallas, Texas 75201

| | |
|---|---|
| Invoice Date: | August 3, 2011 |
| File No. | 004856.00007 |
| Invoice No. | ****** |

Matter Description: PROVIDENT ROYALTIES

Total Fees for Services Rendered through July 31, 2011 .............................$2,771.00

Total Disbursements  .......................................................................................$44.49

**Total Amount Due This Invoice** ...............................................................**$2,815.49**

**Wire Instructions:**
Bank of Texas, N.A.
ABA Routing Number:  111014325
Account Number: 2880510762
Swift Code: BAOKUS44

**Remittance Address:**
Accounting
Munsch Hardt Kopf & Harr, P.C.
500 N. Akard, 3800 Lincoln Plaza
Dallas, TX  75201

File Number and Invoice Number Required.

**Federal ID Number:** 75-2096964

**FOR BILLING INQUIRIES, PLEASE CONTACT ACCOUNTING AT (214) 740-5198.**

Munsch Hardt Kopf & Harr, P.C.

File No. 004856.00007

Invoice No. ******

Matter Description: PROVIDENT ROYALTIES

Page 2 of 5

August 3, 2011

**FEE DETAIL**

**04   CASE ADMINISTRATION**

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 7/8/11 | DLR | Address investor inquiry (.1); respond to SEC inquiry (.1). | 0.20 | $68.00 |
| 7/13/11 | DLR | Follow-up to determine status of second quarter financial reports for preparation of quarterly report. | 0.10 | $34.00 |
| 7/15/11 | DLR | Preparation of quarterly report. | 0.20 | $68.00 |
| 7/19/11 | DLR | Gather information for quarterly report (.1); preparation of same (1.2); review and comment on draft motion for judgment (.2). | 1.50 | $510.00 |
| 7/27/11 | DLR | Preparation of quarterly report. | 0.50 | $170.00 |

**Total For 04**   ............................................**2.50**      **$850.00**

**05   CLAIMS ADMINISTRATION AND OBJECTIONS**

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 7/1/11 | MJM | Receipt and review of additional creditor claim forms and enter same into claim spreadsheet. Prepare claim acknowledgment letters. | 0.50 | $85.00 |
| 7/6/11 | MJM | Numerous telephone conferences with agent at United Recovery Systems, debt collector, regarding status of creditor claims and procedures for submitting a claim; review of prior letters sent to confirm that letter was not previously sent out to United Recovery, prepare letter to United Recovery and fax same along with copy of claim form. | 0.50 | $85.00 |
| 7/7/11 | MJM | Review of creditor claim form received and enter same into database; prepare acknowledgment letter to claimant; conference with Lisa Garrett regarding additional phone calls received from creditors. | 0.40 | $68.00 |
| 7/8/11 | MJM | Respond to investor email; review of investor | 0.80 | $136.00 |

Munsch Hardt Kopf & Harr, P.C.

File No. 004856.00007
Invoice No. ******
Matter Description: PROVIDENT ROYALTIES

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | claim file; respond to investor phone call and email sixth quarterly report to him; conferences with Dennis Roossien regarding status of creditor claims and issues relating to website; telephone conference with webmaster regarding renewal of website. | | |
| 7/11/11 | MJM | Review and respond to investor email and email from Dennis Roossien regarding same. | 0.20 | $34.00 |
| 7/12/11 | MJM | Respond to investor email; review of creditor claim spreadsheet. | 0.30 | $51.00 |
| 7/13/11 | MJM | Review of investor and creditor claim spreadsheet to confirm whether call received from investor relates to the receivership. Respond to investor email. | 0.30 | $51.00 |
| 7/14/11 | MJM | Respond to investor email. | 0.10 | $17.00 |
| 7/15/11 | MJM | Conference with Dennis Roossien regarding status of creditor claims and need to update approved claims list; review of most recent claims list posted on website; review of claims files and revise credit list to include Blimline creditor claims and forward same to Dennis Roossien for review; respond to investor email; review of investor email to confirm all have received responses. | 1.60 | $272.00 |
| 7/18/11 | MJM | Emails to and from Dennis Roossien regarding Blimline creditor claims filed; review of claim files and email requested documentation to Dennis Roossien for review. | 0.30 | $51.00 |
| 7/20/11 | MJM | Review and respond to investor email and email to Dennis Roossien regarding same. | 0.30 | $51.00 |
| 7/27/11 | MJM | Review and respond to phone call from Blimline collection agency; review of claim file for American Express; email information to collection agency and emails to and from Dennis Roossien regarding same; review of claim spreadsheet. | 0.50 | $85.00 |
| 7/29/11 | MJM | Respond to Blimline creditor phone call; review of court email containing Eighth Quarterly Report; review of report and email to webmaster | 0.50 | $85.00 |

File No. 004856.00007
Invoice No. ******
Matter Description: PROVIDENT ROYALTIES

August 3, 2011

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
|  |  | forwarding report along with instructions for posting same on the website. |  |  |

**Total For 05** ...........................................**6.30** **$1,071.00**

## 16   BLIMLINE PERSONAL ASSET ADMINISTRATION

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 7/15/11 | DLR | Analysis of additional claims against personal assets. | 0.50 | $170.00 |
| 7/18/11 | DLR | Confer with Blimline counsel regarding balance shown on IRS claim; review materials relative to Carrington claim; inquiry to IRS regarding its claim. | 0.40 | $136.00 |
| 7/19/11 | DLR | Direct Mr. Freeman regarding Blimline de minimus asset sale (.1); continue claims evaluation (.4); work on negotiating tax claim (.3). | 0.80 | $272.00 |
| 7/25/11 | DLR | Confer with Blimline counsel regarding Blimline offer to make additional restitution. | 0.80 | $272.00 |

**Total For 16** ...........................................**2.50** **$850.00**

## 04   CASE ADMINISTRATION

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 7/15/11 | DLR | Work on fee application. (NO CHARGE) | 0.30 | NO CHARGE |
| 7/25/11 | DLR | Preparation of fee application. (NO CHARGE) | 1.40 | NO CHARGE |
| 7/27/11 | DLR | Continue preparation of fee application. (NO CHARGE) | 0.80 | NO CHARGE |

**Total For 04** ...........................................**2.50** **$0.00**

**Total Hours:** .......................................................**11.30**

**Total Fees:** ................................................................**$2,771.00**

Munsch Hardt Kopf & Harr, P.C.
File No. 004856.00007
Invoice No. ******
Matter Description: PROVIDENT ROYALTIES

## TIMEKEEPER SUMMARY

| Title | Timekeeper Name | Init | Rate | Hours | Total |
|-------|-----------------|------|------|-------|-------|
| Shareholder | Roossien, Dennis | DLR | 340.00 | 5.00 | $1,700.00 |
| Paralegal | Martin, Mary Jo | MJM | 170.00 | 6.30 | $1,071.00 |
| | | | Total | 11.30 | $2,771.00 |

## DISBURSEMENTS SUMMARY

Courier Service ...........................................................................$31.76
Postage ......................................................................................$9.23
Long Distance ............................................................................$3.50

**Total Disbursements:**                    **$44.49**



**MUNSCH HARDT**
**KOPF & HARR** PC
ATTORNEYS & COUNSELORS

**DALLAS | HOUSTON | AUSTIN**

3800 Lincoln Plaza
500 N. Akard Street
Dallas, Texas 75201-6659
Main 214.855.7500
Fax 214.855.7584
Web munsch.com

Dennis Roossien, Receiver
c/o Munsch Hardt Kopf & Harr
500 N. Akard, Suite 3800
Dallas, Texas 75201

| | |
|---|---|
| Invoice Date: | September 9, 2011 |
| File No. | 004856.00007 |
| Invoice No. | ****** |

Matter Description: PROVIDENT ROYALTIES

Total Fees for Services Rendered through August 31, 2011 .........................$2,475.50

Total Disbursements  ........................................................................................$137.54

**Total Amount Due This Invoice** ...............................................................**$2,613.04**

**Wire Instructions:**
Bank of Texas, N.A.
ABA Routing Number:  111014325
Account Number: 2880510762
Swift Code: BAOKUS44

**Remittance Address:**
Accounting
Munsch Hardt Kopf & Harr, P.C.
500 N. Akard, 3800 Lincoln Plaza
Dallas, TX  75201

File Number and Invoice Number Required.

**Federal ID Number:** 75-2096964

**FOR BILLING INQUIRIES, PLEASE CONTACT ACCOUNTING AT (214) 740-5198.**

**FEE DETAIL**

**01   ASSET ANALYSIS AND RECOVERY**

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 8/11/11 | MJM | Review of letter from collection agency regarding Carole Petroleum debt and emails to and from Dennis Roossien regarding same; attempts to contact collection agency. | 0.30 | $51.00 |
| 8/18/11 | MJM | Review of claims spreadsheet and claims files to locate contact information for investors whose checks have not cleared; emails and phone calls with investors and email to accountant regarding same; review of Blimline related invoices to locate Lone Star invoice and forward to Dennis Roossien regarding same. | 2.50 | $425.00 |
| 8/23/11 | MJM | Numerous emails and telephone conferences with investors whose checks have not cleared to confirm whether they need to be reissued; emails to accountant regarding same; revise claims spreadsheet to include correct addresses given by investors. | 2.00 | $340.00 |
| 8/24/11 | MJM | Continued review and response to email and phone calls from investors whose checks have not cleared; review of claim forms of said investors; revise claims spreadsheet to update addresses; emails to accountant advising of contacts with investors and instructions for reissuing each check not received. | 1.80 | $306.00 |
| 8/25/11 | MJM | Review and respond to investor email regarding distribution checks; review of claim files; update claims spreadsheet; email to accountant regarding additional checks that need to be reissues. | 0.60 | $102.00 |
| 8/29/11 | MJM | Receipt of reissued check for investor and prepare letter to investor forwarding same; email to investor advising her that check was mailed out today. | 0.40 | $68.00 |
| 8/30/11 | MJM | Receipt of additional replacement checks from accountant and prepare letters to investors forwarding same. | 0.60 | $102.00 |

Munsch Hardt Kopf & Harr, P.C.
File No. 004856.00007
Invoice No. ******
Matter Description: PROVIDENT ROYALTIES

Page 3 of 5
September 9, 2011

**Total For 01** ............................................**8.20**     **$1,394.00**

## 02   ASSET DISPOSITION

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 8/22/11 | CMM | Review orders from Oklahoma counsel regarding sale of wells and related exception notices recorded in Hughes County, Oklahoma. | 0.30 | $61.50 |

**Total For 02** ............................................**0.30**     **$61.50**

## 04   CASE ADMINISTRATION

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 8/11/11 | DLR | Direct handling of Posey invoice (.1); attention to de minimus asset sale (.3); attention to late claim (.1). | 0.50 | $170.00 |
| 8/17/11 | DLR | Address uncashed checks. | 0.10 | $34.00 |
| 8/22/11 | DLR | Review task list and update same. | 0.40 | $136.00 |
| 8/30/11 | DLR | Attention to payment of approved expenses and update receivership accounting. | 0.30 | $102.00 |

**Total For 04** ............................................**1.30**     **$442.00**

## 05   CLAIMS ADMINISTRATION AND OBJECTIONS

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 8/18/11 | DLR | Work on resolving remaining claims (.2); research and respond to claim inquiry (.4). | 0.60 | $204.00 |
| 8/22/11 | DLR | Review inquiry from claimant counsel and direct handling of same. | 0.10 | $34.00 |
| 8/24/11 | DLR | Review and direct handling of correspondence regarding Barho claim. | 0.10 | $34.00 |

**Total For 05** ............................................**0.80**     **$272.00**

## 16   BLIMLINE PERSONAL ASSET ADMINISTRATION

Johnson Hardt Kopf & Shan P.C.
File No. 004856.00007
Invoice No. ******
Matter Description: PROVIDENT ROYALTIES

Page 4 of 5
September 9, 2011

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 8/18/11 | DLR | Meeting with Mr. Shaw regarding handling of IRS claim. | 0.50 | $170.00 |
| 8/19/11 | DLR | Provide document needed by Jim Shaw regarding IRS claim (.1); review inquiry from Blimline counsel (.1). | 0.20 | $68.00 |
| 8/26/11 | DLR | Monitor and direct handling of tax claim. | 0.20 | $68.00 |

**Total For 16** ...........................................**0.90** **$306.00**

## 04  CASE ADMINISTRATION

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 8/22/11 | DLR | Preparation of fee application. (NO CHARGE) | 2.20 | NO CHARGE |
| 8/26/11 | DLR | Update accounting regarding fee applications, payments, and reserves. (NO CHARGE) | 1.20 | NO CHARGE |

**Total For 04** ...........................................**3.40** **$0.00**

**Total Hours:** ......................................................**11.50**

**Total Fees:** ...............................................**$2,475.50**

## TIMEKEEPER SUMMARY

| Title | Timekeeper Name | Init | Rate | Hours | Total |
|-------|-----------------|------|------|-------|-------|
| Shareholder | Roossien, Dennis | DLR | 340.00 | 3.00 | $1,020.00 |
| Paralegal | Martin, Mary Jo | MJM | 170.00 | 8.20 | $1,394.00 |
| | Milam, Michael | CMM | 205.00 | 0.30 | $61.50 |
| | | | Total | 11.50 | $2,475.50 |

Mancel Gard Ropz & Iran, P.C.
File No. 004856.00007
Invoice No. ******
Matter Description: PROVIDENT ROYALTIES

## DISBURSEMENTS SUMMARY

Courier Service ........................................................................... $10.55
Postage ........................................................................................ $18.09
Photocopies ................................................................................. $106.80
Long Distance .............................................................................. $2.10

**Total Disbursements:**                                    **$137.54**



3800 Lincoln Plaza
500 N. Akard Street
Dallas, Texas 75201-6659
Main 214.855.7500
Fax 214.855.7584
Web munsch.com

Dennis Roossien, Receiver
c/o Munsch Hardt Kopf & Harr
500 N. Akard, Suite 3800
Dallas, Texas 75201

| | |
|---|---|
| Invoice Date: | October 25, 2011 |
| File No. | 004856.00007 |
| Invoice No. | 10261011 |

Matter Description: PROVIDENT ROYALTIES

Total Fees for Services Rendered through September 30, 2011....................$3,876.00

Total Disbursements ..........................................................................$89.78

**Total Amount Due This Invoice** ...............................................................**$3,965.78**

**Wire Instructions:**
Bank of Texas, N.A.
ABA Routing Number:  111014325
Account Number: 2880510762
Swift Code: BAOKUS44

**Remittance Address:**
Accounting
Munsch Hardt Kopf & Harr, P.C.
500 N. Akard, 3800 Lincoln Plaza
Dallas, TX  75201

File Number and Invoice Number Required.

**Federal ID Number:** 75-2096964

**FOR BILLING INQUIRIES, PLEASE CONTACT ACCOUNTING AT (214) 740-5198.**

Andrews Kurth Kopff & Harr, P.C.

**FEE DETAIL**

**04   CASE ADMINISTRATION**

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 9/7/11 | DLR | Attention to maintaining receivership accounting (.2); respond to investor inquiry (.1). | 0.30 | $102.00 |
| 9/12/11 | DLR | Review and direct handling of unique investor inquiry. | 0.10 | $34.00 |
| 9/13/11 | DLR | Respond to SEC inquiry. | 0.10 | $34.00 |
| 9/28/11 | DLR | Review and direct handling of investor inquiry. | 0.10 | $34.00 |
| 9/30/11 | DLR | Continue preparation of distribution accounting; direct interim distribution to PR Liquidating Trust. | 4.30 | $1,462.00 |

**Total For 04**   ...........................................**4.90**   **$1,666.00**

**05   CLAIMS ADMINISTRATION AND OBJECTIONS**

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 9/1/11 | MJM | Review of list of checks that have not cleared the bank and emails to and from investors regarding reissuance of checks that were not received. | 0.30 | $51.00 |
| 9/2/11 | MJM | Review and respond to investor email regarding replacement check. | 0.10 | $17.00 |
| 9/12/11 | MJM | Review and respond to investor email and emails to and from Dennis Roossien regarding same; receipt of checks from William Murphy that need to be reissued and forward same to accountant. | 0.80 | $136.00 |
| 9/13/11 | MJM | Receipt of reissued checks for three investors; emails and telephone conferences with investors to advise them that new checks are being mailed out; prepare letters forwarding checks. | 0.80 | $136.00 |
| 9/13/11 | DLR | Review and approve draft Barho claim settlement agreement. | 0.20 | $68.00 |
| 9/15/11 | MJM | Review and respond to investor email. | 0.20 | $34.00 |

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 9/16/11 | DLR | Attention to Barho agreement. | 0.10 | $34.00 |
| 9/19/11 | MJM | Review of reissued investor checks and letters to investors forwarding same. Emails to investors advising that checks have been mailed out. Review of bank reconciliation to confirm that all checks uncleared checks have been reissued and mailed except for one and email to accountant regarding same. | 0.80 | $136.00 |
| 9/19/11 | DLR | Monitor efforts to negotiate claim settlement papers; provide direction regarding same to Mr. Pannier. | 0.20 | $68.00 |
| 9/20/11 | MJM | Review and respond to investor email regarding distribution. | 0.20 | $34.00 |
| 9/22/11 | DLR | Attention to claim settlement. | 0.10 | $34.00 |
| 9/22/11 | MJM | Numerous emails to and from investor regarding difference between bankruptcy and receivership matters; review of investor database to confirm that investor did not file claim in receivership. | 0.40 | $68.00 |
| 9/23/11 | MJM | Review and respond to investor email; review of investor database; review of email from accounting regarding distribution checks. | 0.20 | $34.00 |
| 9/23/11 | DLR | Attention to claim settlement; direct handling of outstanding checks. | 0.30 | $102.00 |
| 9/26/11 | MJM | Review of email from Dennis Roossien regarding investor checks not yet cashed and need to send them notice; email to accountant to confirm whether checks will need to be reissued; review claim files of specific investors. | 0.50 | $85.00 |
| 9/27/11 | MJM | Emails to and from accountant regarding uncashed distribution checks; emails and phone calls to investors who haven't cashed checks yet; review of claim forms to locate information needed. | 0.40 | $68.00 |
| 9/28/11 | MJM | Receipt and review of investor phone call and emails to and from Dennis Roossien regarding response to same; review of investor claim file to confirm status. | 0.30 | $51.00 |

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 9/29/11 | MJM | Respond to investor phone call and review of email from Dennis Roossien regarding same; prepare letter to investor forwarding reissued check. | 0.40 | $68.00 |
| 9/29/11 | DLR | Review claims and calculation of appropriate claim amounts; prepare proposed distribution schedule for quarterly report; direct posting of updated approved claims list. | 2.60 | $884.00 |
| 9/30/11 | MJM | Review of updated approved claimant lists and email from Dennis Roossien regarding same; emails to webmaster forwarding lists for posting on our website. | 0.20 | $34.00 |

**Total For 05** ............................................**9.10** **$2,142.00**

## 16   BLIMLINE PERSONAL ASSET ADMINISTRATION

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 9/9/11 | DLR | Work with Mr. Shaw on resolving tax claim. | 0.10 | $34.00 |
| 9/14/11 | DLR | Attention to arranging sale of art & guns within parameters noted by Blimline counsel. | 0.10 | $34.00 |

**Total For 16** ............................................**0.20** **$68.00**

**Total Hours:** ...................................................................**14.20**

**Total Fees:** ...............................................................**$3,876.00**

## TIMEKEEPER SUMMARY

| Title | Timekeeper Name | Init | Rate | Hours | Total |
|-------|-----------------|------|------|-------|-------|
| Shareholder | Roossien, Dennis | DLR | 340.00 | 8.60 | $2,924.00 |
| Paralegal | Martin, Mary Jo | MJM | 170.00 | 5.60 | $952.00 |
| | | | Total | 14.20 | $3,876.00 |

Munsch Hardt Kopf & Harr, P.C.
File No. 004856.00007
Invoice No. 10261011
Matter Description: PROVIDENT ROYALTIES

Page 5 of 5
October 25, 2011

## DISBURSEMENTS SUMMARY

Courier Service ........................................................................... $61.81
Postage ....................................................................................... $3.08
Photocopies ................................................................................ $22.65
Long Distance ............................................................................. $2.24

**Total Disbursements:**                                    **$89.78**



**MUNSCH HARDT**
KOPF & HARR PC
ATTORNEYS & COUNSELORS

**DALLAS | HOUSTON | AUSTIN**

3800 Lincoln Plaza
500 N. Akard Street
Dallas, Texas 75201-6659
Main 214.855.7500
Fax 214.855.7584
Web munsch.com

Dennis Roossien, Receiver
c/o Munsch Hardt Kopf & Harr
500 N. Akard, Suite 3800
Dallas, Texas 75201

| | |
|---|---|
| Invoice Date: | November 7, 2011 |
| File No. | 004856.00007 |
| Invoice No. | ****** |

Matter Description: PROVIDENT ROYALTIES

Total Fees for Services Rendered through October 31, 2011 ........................$6,545.00

Total Disbursements ........................................................................$32.41

**Total Amount Due This Invoice** ...............................................**$6,577.41**

**Wire Instructions:**
Bank of Texas, N.A.
ABA Routing Number:  111014325
Account Number: 2880510762
Swift Code: BAOKUS44

**Remittance Address:**
Accounting
Munsch Hardt Kopf & Harr, P.C.
500 N. Akard, 3800 Lincoln Plaza
Dallas, TX  75201

File Number and Invoice Number Required.

**Federal ID Number:** 75-2096964

**FOR BILLING INQUIRIES, PLEASE CONTACT ACCOUNTING AT (214) 740-5198.**

Thompson Marsh Rope & Han, P.C.

File No. 004856.00007

Invoice No. ******

Matter Description: PROVIDENT ROYALTIES

---

**FEE DETAIL**

**04   CASE ADMINISTRATION**

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 10/13/11 | DLR | Confer with Blimline counsel regarding various issues. | 0.50 | $170.00 |
| 10/19/11 | DLR | Preparation of Ninth Interim Report. | 4.80 | $1,632.00 |
| 10/21/11 | DLR | Review and comment on draft SFAR (.1); preparation of exhibits for report (.2). | 0.30 | $102.00 |
| 10/27/11 | DLR | Respond to inquiry regarding distribution status (.1); follow-up with Mr. Pedigo regarding IRS claim (.2); review and respond to further correspondence from same (.1); correspondence to IRS regarding same (.3). | 0.70 | $238.00 |
| 10/28/11 | DLR | Finalize and direct filing of quarterly report. | 0.70 | $238.00 |
| 10/31/11 | MJM | Review of court email with attached interim report; review and print out report and scan to webmaster along with instructions for posting same on the website. | 0.30 | $51.00 |
| 10/31/11 | DLR | Confirm filing of report; direct updating of website. | 0.20 | $68.00 |

**Total For 04**   ...........................................**7.50**   **$2,499.00**

**05   CLAIMS ADMINISTRATION AND OBJECTIONS**

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 10/4/11 | MJM | Emails to and from accountant regarding status of uncashed distribution checks; review of claim file to obtain contact information of trustee for investor and telephone conference with trustee to confirm that distribution check was received. | 0.40 | $68.00 |
| 10/5/11 | MJM | Telephone conference with investor regarding distributions; telephone conference with investor regarding uncashed distribution check; email to accountant regarding need to reissue check; review of investor database and claim file to | 0.60 | $102.00 |

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| | | confirm mailing address. | | |
| 10/6/11 | MJM | Telephone conference with investor regarding distribution check. | 0.10 | $17.00 |
| 10/11/11 | DLR | Follow-up on tax claim. | 0.10 | $34.00 |
| 10/12/11 | MJM | Prepare letter to investor forwarding replacement distribution check and email advising them that check is in the mail; update status list. | 0.30 | $51.00 |
| 10/13/11 | DLR | Confer with Mr. Shaw regarding proposed resolution of tax claim. | 0.20 | $68.00 |
| 10/17/11 | DLR | Work on IRS claim; confer with Mrs. Blimline regarding same. | 1.40 | $476.00 |
| 10/18/11 | DLR | Work with Mrs. Blimline regarding tax claim; continue to follow-up with Mr. Shaw. | 0.10 | $34.00 |

**Total For 05**   ...........................................**3.20**   **$850.00**

## 16   BLIMLINE PERSONAL ASSET ADMINISTRATION

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 10/14/11 | DLR | Address Blimline de minimus asset sale. | 0.20 | $68.00 |
| 10/20/11 | DLR | Follow-up with C. Blimline regarding tax issue; confer with DOJ regarding tax issue; update Blimlines regarding position of DOJ/IRS; preparation of correspondence to same. | 2.60 | $884.00 |
| 10/21/11 | DLR | Exchange correspondence with DOJ and confer regarding IRS claim (.5); further consideration of alternatives in light of position of IRS (.2); review and consider responsive comments of Mr. Pedigo (.1); coordinate call (.1); review draft K-1 (.1); confer with Mr. Pedigo regarding status and proposed course of action (.4); confer with C. Blimline regarding IRS claim (.8). | 2.20 | $748.00 |
| 10/24/11 | DLR | Forward materials requested by IRS regarding Blimline; telephone conference with same. | 1.10 | $374.00 |
| 10/25/11 | DLR | Preparation of analysis requested by IRS. | 2.70 | $918.00 |
| 10/26/11 | DLR | Review correspondence from Mr. Pedigo | 0.20 | $68.00 |

Jackson Walker Koop & Ahan PC.
File No. 004856.00007
Invoice No. ******
Matter Description: PROVIDENT ROYALTIES

Page 4 of 5
November 7, 2011

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
|  |  | regarding tax detail (.1); correspondence to broker regarding potential art sale (.1). |  |  |
| 10/28/11 | DLR | Confer with IRS regarding tax claim; review and consider correspondence from same. | 0.40 | $136.00 |

**Total For 16**   ..........................................**9.40**   **$3,196.00**

## 04   CASE ADMINISTRATION

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 10/18/11 | DLR | Incorporate McGee comments to fee application; forward draft to SEC for comment. (NO CHARGE) | 0.20 | NO CHARGE |
| 10/19/11 | DLR | Review response from SEC regarding draft fee application; prepare proposed order; update certificate of conference; direct filing of application. (NO CHARGE) | 0.30 | NO CHARGE |

**Total For 04**   ..........................................**0.50**   **$0.00**

**Total Hours:** .......................................................**20.10**

**Total Fees:** ................................................................**$6,545.00**

## TIMEKEEPER SUMMARY

| Title | Timekeeper Name | Init | Rate | Hours | Total |
|-------|-----------------|------|------|-------|-------|
| Shareholder | Roossien, Dennis | DLR | 340.00 | 18.40 | $6,256.00 |
| Paralegal | Martin, Mary Jo | MJM | 170.00 | 1.70 | $289.00 |
|  |  |  | Total | 20.10 | $6,545.00 |

Winston & Strawn LLP

File No. 004856.00007                                                      Page 5 of 5
Invoice No. ******                                                    November 7, 2011
Matter Description: PROVIDENT ROYALTIES

---

## DISBURSEMENTS SUMMARY

Postage ...........................................................................................$8.55
Photocopies.................................................................................$15.60
Long Distance ............................................................................$2.10
Research ......................................................................................$6.16

**Total Disbursements:**                                              **$32.41**



**MUNSCH HARDT**
**KOPF & HARR** PC
ATTORNEYS & COUNSELORS

**DALLAS | HOUSTON | AUSTIN**

3800 Lincoln Plaza
500 N. Akard Street
Dallas, Texas 75201-6659
Main 214.855.7500
Fax 214.855.7584
Web munsch.com

Dennis Roossien, Receiver
c/o Munsch Hardt Kopf & Harr
500 N. Akard, Suite 3800
Dallas, Texas 75201

| | |
|---|---|
| Invoice Date: | December 14, 2011 |
| File No. | 004856.00007 |
| Invoice No. | ****** |

Matter Description: PROVIDENT ROYALTIES

Total Fees for Services Rendered through November 30, 2011 ...................$10,192.00

Total Disbursements ........................................................................................$212.39

**Total Amount Due This Invoice** ..............................................................**$10,404.39**

**Wire Instructions:**
Bank of Texas, N.A.
ABA Routing Number:  111014325
Account Number: 2880510762
Swift Code: BAOKUS44

**Remittance Address:**
Accounting
Munsch Hardt Kopf & Harr, P.C.
500 N. Akard, 3800 Lincoln Plaza
Dallas, TX  75201

File Number and Invoice Number Required.

**Federal ID Number:** 75-2096964

**FOR BILLING INQUIRIES, PLEASE CONTACT ACCOUNTING AT (214) 740-5198.**

Anderson Rider Hope & Ilari, P.C.

**FEE DETAIL**

**04   CASE ADMINISTRATION**

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 11/16/11 | DLR | Review and direct handling of investor correspondence (.1); review response regarding administrative expenses and direct payment of same (.1); update accounting in view of granting of release of holdbacks and direct payment (.5); review and direct payment of J2 expenses (.1). | 0.80 | $272.00 |
| 11/23/11 | DLR | Review and respond to investor inquiry. | 0.10 | $34.00 |
| 11/30/11 | DLR | Update receivership accounting. | 0.90 | $306.00 |

**Total For 04**   ............................................**1.80**      **$612.00**

**05   CLAIMS ADMINISTRATION AND OBJECTIONS**

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 11/2/11 | MJM | Respond to investor phone call. | 0.20 | $34.00 |
| 11/8/11 | DLR | Attention to late claims. | 0.10 | $34.00 |
| 11/10/11 | DLR | Review notice regarding objection, confer with Mr. McGee regarding same, gather applicable authorities, obtain assistance from Mr. DeVoss. | 0.30 | $102.00 |
| 11/11/11 | DLR | Provide additional materials to Mr. DeVoss and memorandum to same regarding outline of response to objection. | 0.20 | $68.00 |
| 11/11/11 | BPD | Further review of Blimline objection to latest Receiver's report on claim resolution and Liquidating Trust and initiate preparation of response to same on behalf of Receiver/Plan Agent. | 0.80 | $232.00 |
| 11/14/11 | MJM | Review of correspondence received from Chapperal and America First and telephone conference with America First to confirm when debt was incurred; email to Dennis Roossien regarding processing of claims. | 0.40 | $68.00 |
| 11/14/11 | BPD | Review objection by Blimline to Plan Agent's | 0.50 | $145.00 |

Anderson Tobin Roper & Chandler, P.C.

File No. 004856.00007
Invoice No. ******
Matter Description: PROVIDENT ROYALTIES

Page 3 of 5
December 14, 2011

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | proposed report on payment of creditors and investors and work on response to same (.5). | | |
| 11/16/11 | MJM | Receipt of email from investor providing new mailing address and update address in claims spreadsheet; review of email from Dennis Roossien regarding additional creditor claims to pay and email to accountant to confirm payment details. | 0.20 | $34.00 |
| 11/17/11 | MJM | Emails to and from Receivership accountant regarding additional checks to be issued. | 0.20 | $34.00 |
| 11/17/11 | BPD | Work on response to Objection to Receiver's report regarding distributions. | 0.20 | $58.00 |
| 11/18/11 | BPD | Review Receiver's report and objection to same and initiate review of law governing Receiver distributions in securities fraud cases. | 1.20 | $348.00 |
| 11/21/11 | BPD | Continue research of law in support of Response to Blimline Objection to distribution of Blimline Personal Assets and initiate preparation of same. | 4.60 | $1,334.00 |
| 11/22/11 | BPD | Research law and equity principles relating to distribution rights of equity receivers in securities fraud cases and continue review of claims procedure provisions cited in Blimline Objection and revise Response to Blimline Objection to distribution of Blimline Personal Assets | 9.20 | $2,668.00 |
| 11/22/11 | MJM | Receipt of creditor checks from accountant; enter creditor claims into claims spreadsheet; prepare letters to creditors forwarding checks. | 0.80 | $136.00 |
| 11/23/11 | DLR | Review and revise draft response to Blimline objection; draft additional sections of same. | 5.80 | $1,972.00 |
| 11/23/11 | BPD | Revise and confer with Mr. Roossien regarding response to Blimline Objection to Blimline Personal Asset Distribution. | 0.20 | $58.00 |
| 11/28/11 | BPD | Work on changes to Response to Blimline Objection to distribution of Blimline Personal Assets and changes to proposed order and confer with Mr. Roossien regarding same. | 1.60 | $464.00 |
| 11/28/11 | DLR | Continue preparation of response to Blimline objection including supplemental research on | 4.30 | $1,462.00 |

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
|  |  | certain points. |  |  |
| 11/29/11 | BPD | Finalize and file response to Blimline Object to distribution of Blimline Personal Assets and Revise and submit proposed order regarding same. | 0.90 | $261.00 |

**Total For 05** ...........................................**31.70**  **$9,512.00**

## 16   BLIMLINE PERSONAL ASSET ADMINISTRATION

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 11/1/11 | DLR | Attention to sales of de minimus Blimline assets. | 0.20 | $68.00 |

**Total For 16** ...........................................**0.20**  **$68.00**

**Total Hours:** ........................................................................**33.70**

**Total Fees:** .............................................................**$10,192.00**

## TIMEKEEPER SUMMARY

| Title | Timekeeper Name | Init | Rate | Hours | Total |
|-------|-----------------|------|------|-------|-------|
| Shareholder | Roossien, Dennis | DLR | 340.00 | 12.70 | $4,318.00 |
| Associate | DeVoss, Brian P. | BPD | 290.00 | 19.20 | $5,568.00 |
| Paralegal | Martin, Mary Jo | MJM | 170.00 | 1.80 | $306.00 |
|  |  |  | Total | 33.70 | $10,192.00 |

## DISBURSEMENTS SUMMARY

Courier Service ........................................................................$35.94
Postage ...................................................................................$0.88
Photocopies ...........................................................................$27.00
Long Distance ..........................................................................$1.68
Research ...............................................................................$146.89

**Total Disbursements:**                                          **$212.39**

Winstead Sechrest & Minick, P.C.

File No. 004856.00007                                                              Page 5 of 5
Invoice No. ******                                                          December 14, 2011
Matter Description: PROVIDENT ROYALTIES



**MUNSCH HARDT**
**KOPF & HARR** PC
ATTORNEYS & COUNSELORS

**DALLAS | HOUSTON | AUSTIN**

3800 Lincoln Plaza
500 N. Akard Street
Dallas, Texas 75201-6659
Main 214.855.7500
Fax 214.855.7584
Web munsch.com

Dennis Roossien, Receiver
c/o Munsch Hardt Kopf & Harr
500 N. Akard, Suite 3800
Dallas, Texas 75201

Invoice Date: January 10, 2012
File No. 004856.00007
Invoice No. ******

Matter Description: PROVIDENT ROYALTIES

Total Fees for Services Rendered through December 31, 2011 ....................$7,418.00

Total Disbursements ...................................................................$1,957.92

**Total Amount Due This Invoice** ...............................................**$9,375.92**

**Wire Instructions:**
Bank of Texas, N.A.
ABA Routing Number: 111014325
Account Number: 2880510762
Swift Code: BAOKUS44

**Remittance Address:**
Accounting
Munsch Hardt Kopf & Harr, P.C.
500 N. Akard, 3800 Lincoln Plaza
Dallas, TX 75201

File Number and Invoice Number Required.

**Federal ID Number:** 75-2096964

**FOR BILLING INQUIRIES, PLEASE CONTACT ACCOUNTING AT (214) 740-5198.**

Thompson & Knight LLP
File No. 004856.00007
Invoice No. ******
Matter Description: PROVIDENT ROYALTIES

Page 2 of 5
January 10, 2012

**FEE DETAIL**

**04   CASE ADMINISTRATION**

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 12/12/11 | DLR | Respond to third-party inquiry. | 0.10 | $34.00 |
| 12/16/11 | DLR | Work on mechanics of effecting distribution. | 1.20 | $408.00 |
| 12/19/11 | DLR | Attention to distribution logistics (.6); update counsel regarding objection hearing (.2). | 0.80 | $272.00 |
| 12/27/11 | DLR | Review and respond to correspondence to McAluney counsel regarding open issue in state court litigation. | 0.10 | $34.00 |
| 12/29/11 | DLR | Review and respond to inquiry from Blimline creditor. | 0.40 | $136.00 |

**Total For 04**   ...........................................**2.60**      **$884.00**

**05   CLAIMS ADMINISTRATION AND OBJECTIONS**

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 12/2/11 | MJM | Review of claim spreadsheet to confirm status of all claims. | 0.10 | $17.00 |
| 12/6/11 | MJM | Review of email from Dennis Roossien with information relating to investor inquiry and email to investor advising of same. | 0.20 | $34.00 |
| 12/16/11 | DLR | Continue preparation for and attend hearing. | 2.00 | $680.00 |
| 12/19/11 | MJM | Conferences with Dennis Roossien regarding final distribution checks; review of claim files to locate prior letters to investors and forward same to Dennis Roossien; review of proposed letter to be sent with final check. | 0.30 | $51.00 |
| 12/21/11 | MJM | Continued preparation of correspondence to investors forwarding distribution check and review of investor claim files to confirm information needed. | 1.40 | $238.00 |
| 12/22/11 | MJM | Final preparation of letters to investors forwarding distribution checks and review of | 4.60 | $782.00 |

Thomas Hardy Pope & Hart, P.C.
File No. 004856.00007
Invoice No. ******
Matter Description: PROVIDENT ROYALTIES

Page 3 of 5
January 10, 2012

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | investor claim files to confirm information needed; file copies of letters and checks in each claim file. | | |
| 12/28/11 | MJM | Return phone call to creditor regarding distribution check received; continued reorganization of claim forms and copies of letters and checks relating to final distribution. | 2.00 | $340.00 |
| 12/28/11 | MJM | Receipt of email from Dennis Roossien forwarding creditor inquiry; review of claim files and telephone conference with creditor regarding final distribution check. | 0.40 | $68.00 |
| 12/29/11 | MJM | Review of emails from Dennis Roossien regarding claims issues. | 0.20 | $34.00 |

**Total For 05**   ..........................................**11.20    $2,244.00**

## 06   EMPLOYEE BENEFITS/PENSIONS

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 12/9/11 | MDD | Responses to year end and plan termination inquiries from third party administrator; review information from third party administrator regarding same. | 0.70 | $220.50 |
| 12/13/11 | MDD | Strategize with J. McGee regarding Caughlin and Harrison status and status of 401K funds; preparation of documents for distribution of same to trustee; respond to additional inquiries regarding year end reporting for plan. | 1.20 | $378.00 |

**Total For 06**   ...........................................**1.90      $598.50**

## 16   BLIMLINE PERSONAL ASSET ADMINISTRATION

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 12/1/11 | DLR | Review order setting hearing on Blimline objection; request assistance from Mr. McGee relative to same. | 0.10 | $34.00 |
| 12/6/11 | JMM | Work on District Court hearing on Blimline | 0.50 | $162.50 |

Ashcroft Hardt Rope & Hart P.C.

File No. 004856.00007
Invoice No. ******
Matter Description: PROVIDENT ROYALTIES

Page 4 of 5
January 10, 2012

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | objection | | |
| 12/9/11 | DLR | Draft motion to modify; circulate same to interested parties; correspondence to IRS regarding procedural status. | 1.20 | $408.00 |
| 12/12/11 | DLR | Review request of Blimline counsel regarding IRS motion; draft revision to accommodate same; correspondence to Blimline counsel and IRS counsel regarding revision; review response in support from IRS counsel; review response from Blimline counsel; revise certificate of conference; direct Mr. DeVoss regarding filing; review order; update involved counsel. | 0.50 | $170.00 |
| 12/13/11 | DLR | Confer with IRS regarding payment instructions and direct Ms. Martin regarding same. | 0.10 | $34.00 |
| 12/15/11 | DLR | Preparation for hearing on objection. | 2.30 | $782.00 |
| 12/15/11 | BPD | Review and organize evidence to potentially be presented at hearing regarding objection to distribution of Blimline Personal Assets and confer with Receiver regarding rebuttal testimony and otherwise prepare for hearing. | 1.60 | $464.00 |
| 12/16/11 | BPD | Review pleadings and evidence in support of Receiver's claims procedures and distributions and prepare for hearing on Blimline's objection to same and participate in hearing with the Receiver. | 3.30 | $957.00 |
| 12/20/11 | MJM | Review of distribution checks to be mailed to investors; prepare correspondence to investors forwarding checks and review of individual claim files to confirm specific information for each. | 4.00 | $680.00 |

**Total For 16** ..........................................**13.60** **$3,691.50**

**Total Hours:** .......................................................................**29.30**

**Total Fees:** ..............................................................$7,418.00

## TIMEKEEPER SUMMARY

Strasburger Price & Shannon P.C.
File No. 004856.00007
Invoice No. ******
Matter Description: PROVIDENT ROYALTIES

| Title | Timekeeper Name | Init | Rate | Hours | Total |
|-------|-----------------|------|------|-------|-------|
| Shareholder | Downey, Mark D. | MDD | 315.00 | 1.90 | $598.50 |
| | McGee, James | JMM | 325.00 | 0.50 | $162.50 |
| | Roossien, Dennis | DLR | 340.00 | 8.80 | $2,992.00 |
| Associate | DeVoss, Brian P. | BPD | 290.00 | 4.90 | $1,421.00 |
| Paralegal | Martin, Mary Jo | MJM | 170.00 | 13.20 | $2,244.00 |
| | | | Total | 29.30 | $7,418.00 |

## DISBURSEMENTS SUMMARY

Courier Service ........................................................................ $543.96
Federal Express ....................................................................... $312.34
Postage .................................................................................... $524.76
Photocopies ............................................................................. $288.00
Telecopier ................................................................................. $7.00
Long Distance .......................................................................... $62.47
Research .................................................................................. $185.89
Parking/cab/mileage ............................................................... $23.50
Certificate Of Good Standing .................................................. $10.00

**Total Disbursements:**                    **$1,957.92**



**MUNSCH HARDT**
**KOPF & HARR** PC
ATTORNEYS & COUNSELORS

**DALLAS | HOUSTON | AUSTIN**

3800 Lincoln Plaza
500 N. Akard Street
Dallas, Texas 75201-6659
Main 214.855.7500
Fax 214.855.7584
Web munsch.com

Dennis Roossien, Receiver
c/o Munsch Hardt Kopf & Harr
500 N. Akard, Suite 3800
Dallas, Texas 75201

| | |
|---|---|
| Invoice Date: | February 7, 2012 |
| File No. | 004856.00007 |
| Invoice No. | ****** |

---

Matter Description: PROVIDENT ROYALTIES

Total Fees for Services Rendered through January 31, 2012 ........................$2,482.00

Total Disbursements ......................................................................................$134.82

**Total Amount Due This Invoice** ...............................................................**$2,616.82**

**Wire Instructions:**
Bank of Texas, N.A.
ABA Routing Number:  111014325
Account Number: 2880510762
Swift Code: BAOKUS44

**Remittance Address:**
Accounting
Munsch Hardt Kopf & Harr, P.C.
500 N. Akard, 3800 Lincoln Plaza
Dallas, TX  75201

File Number and Invoice Number Required.

**Federal ID Number:** 75-2096964

**FOR BILLING INQUIRIES, PLEASE CONTACT ACCOUNTING AT (214) 740-5198.**

**FEE DETAIL**

**04   CASE ADMINISTRATION**

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 1/13/12 | DLR | Memorandum to Mr. Pedigo regarding art & guns. | 0.10 | $34.00 |
| 1/16/12 | DLR | Confer with accountant regarding status of SFAR (.1); review and consider correspondence regarding de minimus assets (.1). | 0.20 | $68.00 |
| 1/17/12 | DLR | Confer with Mr. Ronquillo regarding status of SFAR preparation. | 0.10 | $34.00 |
| 1/25/12 | DLR | Preparation of quarterly report (.7); consideration of remaining tasks (.1); correspondence to SEC regarding discharge (.1). | 0.90 | $306.00 |
| 1/30/12 | DLR | Attention to late claim (.1); preparation of motion for provisional final discharge (.3); final revisions and file quarterly report (.2). | 0.60 | $204.00 |
| 1/31/12 | MJM | Review of court email with attached Receiver's Tenth Quarterly Report and email same to webmaster for posting on Provident website. | 0.30 | $51.00 |

**Total For 04**   ............................................**2.20      $697.00**

**05   CLAIMS ADMINISTRATION AND OBJECTIONS**

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 1/3/12 | MJM | Review of investor email regarding status of recent distributions for four claims; review of claims files for corresponding claims and forward summary to Dennis Roossien along with issues for clarification. | 0.70 | $119.00 |
| 1/4/12 | MJM | Receipt of returned investor check due to bad address; review of claim file and send email to investor requesting current address; review of claim spreadsheet and respond to investor email that didn't receive check yet. | 0.60 | $102.00 |
| 1/5/12 | MJM | Receipt of email from investor advising of new | 0.40 | $68.00 |

Wiseman Hardt Toppe & Chanler, P.C.

File No. 004856.00007                                                    Page 3 of 4
Invoice No. ******                                                    February 7, 2012
Matter Description: PROVIDENT ROYALTIES

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | address; revise investor spreadsheet and resend distribution check to investor at new address. | | |
| 1/10/12 | DLR | Attention to completing distribution. | 0.60 | $204.00 |
| 1/10/12 | MJM | Review and respond to investor email and phone call regarding non-receipt of check; review of claim file; email to accounting regarding need to reissue check. | 0.50 | $85.00 |
| 1/11/12 | MJM | Receipt and respond to investor emails; email to accountant requesting that stop payment be placed on check and reissued for investor that hasn't received check and email to investor to advise of same; review of claim spreadsheet and claim files. | 0.80 | $136.00 |
| 1/12/12 | DLR | Attention to completion of distribution. | 0.10 | $34.00 |
| 1/13/12 | MJM | Review and respond to investor email and phone calls; refer investor to liquidating trust; receipt of original check returned by investor due to name change needed and forward to accounting for reissuance; letter to additional investor forwarding reissued check that she never received; prepare letters to investors sending second tier distribution checks. | 4.40 | $748.00 |
| 1/19/12 | MJM | Review and respond to investor regarding latest distribution check; review of emails to accountant to confirm that request for reissuance was made. | 0.40 | $68.00 |
| 1/23/12 | MJM | Respond to investor email. | 0.10 | $17.00 |
| 1/24/12 | MJM | Review of investor claim file and email to accounting forwarding copy of investor check that needs to be reissued. | 0.20 | $34.00 |
| 1/25/12 | MJM | Emails to and from accountant regarding reissued checked; receipt and review of reissued check and prepare letter to claimant forwarding same. | 0.30 | $51.00 |
| 1/26/12 | MJM | Receipt of reissued investor check from accountant; prepare letter to investor forwarding same; update claim spreadsheet. | 0.30 | $51.00 |

**Total For 05** ...........................................9.40    **$1,717.00**

Gardere Wynne Sewell L.L.P.
File No. 004856.00007
Invoice No. ******
Matter Description: PROVIDENT ROYALTIES

Page 4 of 4
February 7, 2012

## 14  TAX ISSUES

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 1/12/12 | DLR | Attention to tax issue related to closed transaction. | 0.10 | $34.00 |
| 1/25/12 | DLR | Attention to property tax issue. | 0.10 | $34.00 |

**Total For 14**  ...........................................**0.20**  **$68.00**

**Total Hours:** ...................................................................**11.80**

**Total Fees:** ...........................................................**$2,482.00**

## TIMEKEEPER SUMMARY

| Title | Timekeeper Name | Init | Rate | Hours | Total |
|-------|-----------------|------|------|-------|-------|
| Shareholder | Roossien, Dennis | DLR | 340.00 | 2.80 | $952.00 |
| Paralegal | Martin, Mary Jo | MJM | 170.00 | 9.00 | $1,530.00 |
|  |  |  | Total | 11.80 | $2,482.00 |

## DISBURSEMENTS SUMMARY

Postage .......................................................................$10.77
Photocopies ............................................................$123.00
Long Distance ............................................................$1.05

**Total Disbursements:**            **$134.82**



3800 Lincoln Plaza
500 N. Akard Street
Dallas, Texas 75201-6659
Main 214.855.7500
Fax 214.855.7584
Web munsch.com

Dennis Roossien, Receiver
c/o Munsch Hardt Kopf & Harr
500 N. Akard, Suite 3800
Dallas, Texas 75201

| | |
|---|---|
| Invoice Date: | March 14, 2012 |
| File No. | 004856.00007 |
| Invoice No. | 10266593 |

Matter Description: PROVIDENT ROYALTIES

Total Fees for Services Rendered through February 29, 2012 ......................$1,258.00

Total Disbursements ........................................................................................$55.63

**Total Amount Due This Invoice** ...............................................................**$1,313.63**

**Wire Instructions:**
Bank of Texas, N.A.
ABA Routing Number:  111014325
Account Number: 2880510762
Swift Code: BAOKUS44

**Remittance Address:**
Accounting
Munsch Hardt Kopf & Harr, P.C.
500 N. Akard, 3800 Lincoln Plaza
Dallas, TX  75201

File Number and Invoice Number Required.

**Federal ID Number:** 75-2096964

**FOR BILLING INQUIRIES, PLEASE CONTACT ACCOUNTING AT (214) 740-5198.**

Andrews Kurth Kuth & Shan P.C.

File No. 004856.00007
Invoice No. 10266593
Matter Description: PROVIDENT ROYALTIES

Page 2 of 3
March 14, 2012

---

**FEE DETAIL**

**04   CASE ADMINISTRATION**

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 2/1/12 | DLR | Address records request from Shale Synergy trustee. | 0.10 | $34.00 |
| 2/2/12 | DLR | Preparation of motion for discharge (.2); confer with LT regarding same (.1). | 0.30 | $102.00 |
| 2/6/12 | DLR | Review and direct handling of investor inquiry. | 0.10 | $34.00 |
| 2/6/12 | MJM | Receipt and review of investor email regarding Equity Trust valuation form and emails to and from Dennis Roossien regarding response to same; forward response to investor. | 0.20 | $34.00 |
| 2/9/12 | DLR | Preparation of final report and motion for discharge. | 1.40 | $476.00 |
| 2/14/12 | DLR | Continue preparation of final report, motion for discharge, and proposed order. | 1.40 | $476.00 |
| 2/15/12 | DLR | Incorporation comments to discharge motion (.1); correspondence to SEC regarding position on same (.1). | 0.20 | $68.00 |
| 2/22/12 | DLR | Review and draft response to creditor inquiry. | 0.10 | $34.00 |

**Total For 04** ...........................................**3.80**   **$1,258.00**

**04   CASE ADMINISTRATION**

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 2/13/12 | DLR | Preparation of fee application. (NO CHARGE) | 0.70 | NO CHARGE |
| 2/14/12 | DLR | Preparation of accounting relative to fee application; continue preparation of pleading regarding same. (NO CHARGE) | 1.50 | NO CHARGE |

**Total For 04** ...........................................**2.20**   **$0.00**

**14   TAX ISSUES**

Atkinson, Hall, Kopf & Chari, P.C.                                    Page 3 of 3
File No. 004856.00007                                                March 14, 2012
Invoice No. 10266593
Matter Description: PROVIDENT ROYALTIES

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 2/8/12 | DLR | Attention to correction of tax payment. (NO CHARGE) | 0.10 | NO CHARGE |

**Total For 14**    ...........................................**0.10**      **$0.00**

**Total Hours:** ........................................................**3.80**

**Total Fees:** ...............................................................**$1,258.00**

## TIMEKEEPER SUMMARY

| Title | Timekeeper Name | Init | Rate | Hours | Total |
|-------|-----------------|------|------|-------|-------|
| Shareholder | Roossien, Dennis | DLR | 340.00 | 3.60 | $1,224.00 |
| Paralegal | Martin, Mary Jo | MJM | 170.00 | 0.20 | $34.00 |
|  |  |  | Total | 3.80 | $1,258.00 |

## DISBURSEMENTS SUMMARY

Courier Service .........................................................................$21.42
Postage .....................................................................................$2.00
Photocopies .............................................................................$31.65
Long Distance ...........................................................................$0.56

**Total Disbursements:**                    **$55.63**



**MUNSCH HARDT**
**KOPF & HARR** PC
ATTORNEYS & COUNSELORS

**DALLAS | HOUSTON | AUSTIN**

3800 Lincoln Plaza
500 N. Akard Street
Dallas, Texas 75201-6659
Main 214.855.7500
Fax 214.855.7584
Web munsch.com

Dennis Roossien, Receiver
c/o Munsch Hardt Kopf & Harr
500 N. Akard, Suite 3800
Dallas, Texas 75201

|  |  |
|---|---|
| Invoice Date: | April 11, 2012 |
| File No. | 004856.00007 |
| Invoice No. | 10267945 |

Matter Description: PROVIDENT ROYALTIES

Total Fees for Services Rendered through March 31, 2012 ...............................$34.00

Total Disbursements ........................................................................................$59.32

**Total Amount Due This Invoice** ...................................................................**$93.32**

**Wire Instructions:**
Bank of Texas, N.A.
ABA Routing Number:  111014325
Account Number: 2880510762
Swift Code: BAOKUS44

**Remittance Address:**
Accounting
Munsch Hardt Kopf & Harr, P.C.
500 N. Akard, 3800 Lincoln Plaza
Dallas, TX  75201

File Number and Invoice Number Required.

**Federal ID Number:** 75-2096964

**FOR BILLING INQUIRIES, PLEASE CONTACT ACCOUNTING AT (214) 740-5198.**

Winstead Hald Kopf & Harr, P.C.

File No. 004856.00007
Invoice No. 10267945
Matter Description: PROVIDENT ROYALTIES

Page 2 of 2
April 11, 2012

## FEE DETAIL

### 04   CASE ADMINISTRATION

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 3/12/12 | DLR | Consideration of timing of discharge motion. | 0.10 | $34.00 |

**Total For 04** ............................................**0.10**      **$34.00**

**Total Hours:** .......................................................**0.10**

**Total Fees:** ...................................................**$34.00**

## TIMEKEEPER SUMMARY

| Title | Timekeeper Name | Init | Rate | Hours | Total |
|-------|-----------------|------|------|-------|-------|
| Shareholder | Roossien, Dennis | DLR | 340.00 | 0.10 | $34.00 |
| | | | Total | 0.10 | $34.00 |

## DISBURSEMENTS SUMMARY

Courier Service ...................................................................$32.22
Postage ................................................................................$1.95
Photocopies.......................................................................$24.15
Telecopier ...........................................................................$1.00

**Total Disbursements:**                              **$59.32**

LITZLER, SEGNER, SHAW & McKENNEY, L.L.P.
1412 Main Street, 24th Floor
Dallas, Texas 75202
(214) 752-0999 * (214) 752-0990
EIN #: 75-2305990

Provident Asset Managment
Dennis Roossien, Receiver

Page: 1
07/10/12
Account No:     15-00005M
Invoice No:         2542

### Professional Services Rendered 02/16/12 thru 06/30/12

|  |  |  | Hours |  |  |
|---|---|---|---|---|---|
| 02/27/12 LQ | Case Administration: Prepared deposit and keyed into system.  Filed back up in case bank folder. | | 0.20 | 17.00 | 299 |
| KW | Case Administration: Prepared deposit and keyed into system.  Filed back up in case bank folder. | | 0.20 | 17.00 | 310 |
| 03/16/12 LQ | Case Administration: Bank reconciliation for February 2012, ran reconciling report and filed statements in case bank folders. | | 0.20 | 17.00 | 311 |
| 03/19/12 LQ | Case Administration: Received email from D.Roossien with instructions for processing wire transfer.  Prepared memo to Bank of America and emailed to D.Roossien for signature and forwarding to bank.  Filed back up in case bank folder. | | 0.20 | 17.00 | 313 |
| 03/20/12 LQ | Case Administration: Received notice for 3-19-12 outgoing wire. Updated claim and keyed into system.  Filed back up in case bank folder. | | 0.20 | 17.00 | 314 |
| 03/21/12 LQ | Case Administration: Prepared deposit and keyed into system.  Filed back up in case bank folder. | | 0.20 | 17.00 | 312 |
| 04/05/12 LQ | Case Administration: Prepared deposit and keyed into system.  Filed back up in case bank folder. | | 0.20 | 17.00 | 321 |
| 04/24/12 LQ | Case Administration: Prepared deposits and keyed into system.  Filed back up in case bank folder. | | 0.50 | 42.50 | 322 |
| 04/30/12 LQ | Case Administration: Bank reconciliation for March 2012, ran reconciling report and filed | | | | |

Provident Asset Managment

Page: 2
07/10/12
Account No: 15-00005M
Invoice No:     2542

| | | | | | Hours | | |
|---|---|---|---|---|---|---|---|
| | | statements in case bank folders. | | | 0.20 | 17.00 | 332 |
| 05/16/12 | LQ | Case Administration: Bank reconciliation for April 2012, ran reconciling report and filed statements in case bank folders. | | | 0.20 | 17.00 | 333 |
| 05/17/12 | LQ | Case Administration: Prepared deposit and keyed into system.  Filed back up in case bank folder. | | | 0.20 | 17.00 | 334 |
| 05/24/12 | LQ | Case Administration: Prepared deposit and keyed into system.  Filed back up in case bank folder. | | | 0.20 | 17.00 | 335 |
| 06/13/12 | LQ | Case Administration: Bank reconciliation for May 2012, ran reconciling report and filed statements in case bank folders. | | | 0.20 | 17.00 | 339 |
| 06/21/12 | LQ | Case Administration: Prepared deposit and keyed into system.  Filed back up in case bank folder. | | | 0.20 | 17.00 | 340 |
| 06/22/12 | LQ | Case Administration: Received notice for 06-21-12 incoming wire and keyed into system. Filed back up in case bank folder. | | | 0.20 | 17.00 | 341 |
| 06/27/12 | LQ | Case Administration: Received notice for 06-26-12 incoming wire and keyed into system. Filed back up in case bank folder. (.2) Prepared deposits and keyed into system. Filed back up in case bank folder. (.3) | | | 0.50 | 42.50 | 342 |
| 06/29/12 | LQ | Case Administration: Received notice for 06-27-12 incoming wire and keyed into system. Filed back up in case bank folder. | | | 0.20 | 17.00 | 343 |
| | | For Current Services Rendered | | | 4.00 | 340.00 | |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Lizz Quinones | 3.80 | $85.00 | $323.00 |
| Karla Wortham | 0.20 | 85.00 | 17.00 |

Expenses

| | | | |
|---|---|---|---|
| 02/27/12 | Photocopy (1) of deposit. | 0.20 | 82 |
| 03/21/12 | Photocopy (1) of deposit. | 0.20 | 81 |
| 04/05/12 | Photocopy (1) of deposit. | 0.20 | 83 |
| 04/24/12 | Photocopies (4) of deposits. | 0.80 | 84 |
| 05/17/12 | Photocopy (1) of deposit. | 0.20 | 87 |
| 05/24/12 | Photocopy (1)of deposit. | 0.20 | 88 |
| 06/21/12 | Photocopy (1) of deposit. | 0.20 | 89 |

```
                                                       Page: 3
         Provident Asset Managment                     07/10/12
                                            Account No:   15-00005M
                                            Invoice No:       2542

06/27/12      Photocopies (2) of deposits.                  0.40      90
                                                           ─────
              Total Expenses                                2.40

              Total Current Work                          342.40

              Balance Due                               $342.40
                                                        ═══════
```

Due and payable upon receipt

Provident Asset Management; Dennis Roossien, Receiver
Summary of Fees by Month

Final Application

| Period | Fees | Expenses | Total |
|---|---|---|---|
| | | | |
| Previous Balance | | | $ 31,678.68 |
| | | | |
| 7-1-11 to 7-31-11 | $ 552.00 | $ 6.40 | $ 558.40 |
| 8-1-11 to 8-31-11 | $ 382.50 | $ 31.12 | $ 413.62 |
| 9-1-11 to 9-30-11 | $ 459.00 | $ 10.08 | $ 469.08 |
| 10-1-11 to 10-31-11 | $ 365.00 | $ 2.84 | $ 367.84 |
| 11-1-11 to 11-30-11 | $ 320.00 | $ 24.04 | $ 344.04 |
| 12-1-11 to 12-31-11 | $ 3,898.50 | $ 5.80 | $ 3,904.30 |
| | | | |
| Total Current | $ 5,977.00 | $ 80.28 | $ 6,057.28 |
| Less Payments: 8-30-11 | | | $ (10,146.57) |
| 11-17-11 | | | $ (1,059.63) |
| | | | |
| | | | |
| Balance Due | | | $ 26,529.76 |

LITZLER, SEGNER, SHAW & McKENNEY, L.L.P.
1412 Main Street, 24th Floor
Dallas, Texas  75202
(214)  752-0999  *  (214) 752-0990
EIN #:  75-2305990

Provident Asset Managment
Dennis Roossien, Receiver

Page: 1
02/15/12
Account No:   15-00005M
Invoice No:        2537

Professional Services Rendered 07/01/11 thru 12/31/11
_____

|  |  |  | Hours |  |
|---|---|---|---|---|
| 07/01/11 | | | | |
| | LQ | Prepared deposits and keyed into system.   Filed back up in case bank folder. | 1.30 | 110.50 |
| 07/12/11 | | | | |
| | LQ | Prepared deposits and keyed into system.   Filed back up in case bank folder. | 1.00 | 85.00 |
| 07/13/11 | | | | |
| | DR | Review form 2 and update SFAR.   Submit for approval. | 1.10 | 93.50 |
| | LQ | Bank reconciliation for June 2011, ran reconciling report and filed statements in case bank folders. | 0.20 | 17.00 |
| | MHS | Final review of SFAR. | 0.30 | 118.50 |
| 07/26/11 | | | | |
| | LQ | Prepared deposits and keyed into system.   Filed back up in case bank folder. | 0.70 | 59.50 |
| 07/29/11 | | | | |
| | LQ | Prepared deposits and keyed into system.   Filed back up in case bank folder. | 0.80 | 68.00 |
| 08/12/11 | | | | |
| | LQ | Prepared deposits and keyed into system.   Filed back up in case bank folder. | 1.30 | 110.50 |
| 08/17/11 | | | | |
| | LQ | Bank reconciliation for July 2011, ran reconciling report and filed statements in case bank folders. (.2)  Set up claim.  Prepared disbursement and keyed into system.  Filed back up in case bank folder. (.3) | 0.50 | 42.50 |
| 08/22/11 | | | | |
| | LQ | Processed two stop payments.  Update claims. Prepared disbursements and keyed into system. Filed back up in case bank folder. | 0.50 | 42.50 |

Provident Asset Managment

Page: 2
02/15/12
Account No:   15-00005M
Invoice No:        2537

|  |  | Hours |  |
|---|---|---|---|
| 08/24/11 | | | |
| LQ | Processed two stop payments.  Update claims. Prepared disbursements and keyed into system. Filed back up in case bank folder. | 0.50 | 42.50 |
| 08/25/11 | | | |
| LQ | Prepared deposits and keyed into system.  Filed back up in case bank folder. (.4)  Processed stop payment.  Update claim. Prepared disbursement and keyed into system. Filed back up in case bank folder. (.4) | 0.80 | 68.00 |
| 08/26/11 | | | |
| LQ | Processed stop payment.  Update claim. Prepared disbursement and keyed into system. Filed back up in case bank folder. | 0.40 | 34.00 |
| 08/30/11 | | | |
| LQ | Update claims.  Prepared disbursements and keyed into system. Filed back up in case bank folder. | 0.50 | 42.50 |
| 09/08/11 | | | |
| LQ | Prepared deposits and keyed into system.  Filed back up in case bank folder. (1.8)  Handled funds transfer.  Set up claim.  Prepared disbursements and keyed into system.  Filed back up in case bank folder. (.4) | 2.20 | 187.00 |
| 09/14/11 | | | |
| LQ | Bank reconciliation for August 2011, ran reconciling report and filed statements in case bank folders. | 0.50 | 42.50 |
| 09/15/11 | | | |
| LQ | Update claims.  Prepared disbursements and keyed into system.  Filed back up in case bank folder. | 0.40 | 34.00 |
| 09/16/11 | | | |
| LQ | Update claim. Prepared disbursement and keyed into system. Filed back up in case bank folder. | 0.30 | 25.50 |
| 09/28/11 | | | |
| LQ | Processed stop payment.  Set up and update claims.  Prepared disbursements and keyed into system. Filed back up in case bank folder. | 0.50 | 42.50 |
| 09/29/11 | | | |
| LQ | Prepared deposits and keyed into system.  Filed back up in case bank folder. | 1.20 | 102.00 |
| 09/30/11 | | | |
| LQ | Updated claim.  Prepared disbursement and keyed into system.  Filed back up in case bank folder. | 0.30 | 25.50 |
| 10/07/11 | | | |
| LQ | Processed stop payment.  Update claim.  Prepared disbursement and keyed into system. Filed back up | | |

```
                                                                 Page: 3
        Provident Asset Managment                              02/15/12
                                               Account No:    15-00005M
                                               Invoice No:         2537


                                                    Hours
              in case bank folder.                   0.30       25.50

10/13/11
     LQ   Bank reconciliation for September 2011, ran
          reconciling report and filed statements in case
          bank folders.                              0.50       42.50

10/20/11
     LQ   Prepared deposits and keyed into system.  Filed
          back up in case bank folder.               1.30      110.50
     DR   Review form 2 and related transactions to prepare
          SFAR.                                      0.80       68.00

10/21/11
     MHS  final review of SFAR and transmit to receiver for
          filing.                                    0.30      118.50

11/08/11
     LQ   Case Administration: Set up claim.  Prepared
          disbursement and keyed into system.  Filed back
          up in case bank folder.                    0.30       25.50
     KW   Cut checks for court costs                 0.30       22.50

11/15/11
     LQ   Bank reconciliation for October 2011, ran
          reconciling report and filed statements in case
          bank folders.                              0.20       17.00

11/16/11
     LQ   Case Administration: Prepared deposits and keyed
          into system.  Filed back up in case bank folder.  2.00   170.00

11/17/11
     LQ   Case Administration: Set up and update claims.
          Prepared disbursements and keyed into system.
          Filed back up in case bank folder.         0.80       68.00

11/30/11
     LQ   Case Administration: Received notice for 11-29-11
          incoming wire and keyed into system.  Filed back
          up in case bank folder.                    0.20       17.00

12/01/11
     LQ   Case Administration: Prepared deposits and keyed
          into system.  Filed back up in case bank folder.  1.20   102.00
     LQ   Case Administration: Prepared deposits and keyed
          into system.  Filed back up in case bank folder.  1.40   119.00

12/07/11
     MC   Litigation - Blimline:  Brian deVoss - search for
          documents for Lawson Pedigo (Blimline atty) (1.0)  1.00   295.00

12/08/11
     LQ   Case Administration: Prepared deposit and keyed
          into system.  Filed back up in case bank folder.  0.20    17.00
     MC   Litigation - Blimline:  Prepare memo for Dennis
          Roossien re: Land Pro schedules (3.0)      3.00      885.00
```

```
                                                                Page:  4
          Provident Asset Managment                          02/15/12
                                                Account No:   15-00005M
                                                Invoice No:       2537


                                                      Hours
12/09/11
     MC   Litigation - Blimline:  Send Dennis Roossien Land
          Pro memo - discuss with Kathy Norderhaug & Matt
          Howard (1.5).                                 1.50      442.50

12/15/11
     LQ   Case Administration: Prepared deposits and keyed
          into system. Filed back up in case bank folder.  0.80    68.00
     SH   Litigation - Blimline:  Consul pickup of Blimline
          well files & mail for wells they purchased (0.2)  0.20    19.00

12/16/11
     LQ   Case Administration: Discussed with Dennis
          distribution to be processed, reviewed and
          updated report/payment schedules.  Began updating
          claims.                                       3.30      280.50

12/19/11
     LQ   Case Administration: Received documentation for
          processing wire transfer.  Prepared and faxed
          memorandum to Bank of America.  Filed back up in
          case bank folder. (.3)  Handled funds transfer.
          Concluded updating claims.  Prepared
          disbursements and keyed into system.  Filed back
          up in case bank folder. (5.)                  5.30      450.50
     LQ   Case Administration: Bank reconciliation for
          November 2011, ran reconciling report and filed
          statements in case bank folders.              0.20       17.00
     MC   Litigation - Blimline:  Provide Brendan Coughlin
          CD for Dennis Roossien (0.4)                   0.40      118.00
     SH   Litigation - Blimline:  Track down & send
          Brendan Coughlin DVD to Dennis Roossien (0.8).  0.80     76.00

12/20/11
     LQ   Case Administration: Received notice for 12-19-11
          outgoing wire. Set up claim and keyed into
          system.  Filed back up in case bank folder.    0.30      25.50
     MC   Litigation - Blimline:  John Carney valuations
          (1.5)                                          1.50      442.50

12/21/11
     SH   Litigation - Blimline:  Brian DeVoss - helped
          tracked down J2 file locations; assisted his
          review of boxes & access to Concordance (0.9).  0.90     85.50

12/22/11
     SH   Litigation - Blimline:  Went to warehouse to
          track down J2 boxes (0.3); Assisted Joe Theriot
          (Munsch Hardt) in his review of J2 boxes on-site
          (Dennis to review one box of interest next week)
          (0.7).                                         1.00      95.00

12/27/11
     SH   Litigation - Blimline:  Provided updated PR file
          index to Brian DeVoss (0.2).                   0.20      19.00
```

```
                                                              Page: 5
        Provident Asset Managment                           02/15/12
                                        Account No:      15-00005M
                                        Invoice No:          2537


                                               Hours
12/29/11
    LQ  Case Administration: Prepared deposit and keyed
        into system.  Filed back up in case bank folder.  0.20     17.00

12/30/11
    MC  Litigation - Blimline:  Reply to Lawson Pedigo -
        documents from Dennis Roossien (1.1)              1.10    324.50
                                                         -----   --------
        For Current Services Rendered                    46.80  5,977.00
```

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Milo H. Segner, Jr. | 0.60 | $395.00 | $237.00 |
| Diana Ronquillo | 1.90 | 85.00 | 161.50 |
| Lizz Quinones | 32.40 | 85.00 | 2,754.00 |
| Mike Carter | 8.50 | 295.00 | 2,507.50 |
| Sandra Hundt | 3.10 | 95.00 | 294.50 |
| Karla Wortham | 0.30 | 75.00 | 22.50 |

### Expenses

```
07/01/11 Photocopies (11) of deposits.                      2.20
07/12/11 Photocopies (9) of deposits.                       1.80
07/26/11 Photocopies (6) of deposits.                       1.20
07/29/11 Photocopies (6) of deposits.                       1.20
08/12/11 Photocopies (11) of deposits.                      2.20
08/18/11 Delivery Service - made by On Time Couriers.       7.00
08/24/11 Postage (1) for mailing disbursements.            0.44
08/25/11 Photocopies (3) of deposits.                      0.60
08/25/11 Postage (1) for mailing disbursement.             0.44
08/26/11 Postage (1) for mailing disbursement.             0.44
08/30/11 Delivery Service - made by On Time Couriers.      10.00
08/30/11 Delivery Service - made by On Time Couriers.      10.00
09/16/11 Postage (1) for mailing disbursement.             0.44
09/28/11 Postage (1) for mailing disbursement.             0.44
09/28/11 Delivery Service - made by On Time Couriers.       7.00
09/29/11 Photocopies (11) of deposits.                      2.20
10/07/11 Postage (1) for mailing disbursement.             0.44
10/20/11 Photocopies (11) of deposits.                      2.20
10/20/11 Photocopy (1) of deposit.                         0.20
11/08/11 Delivery Service - made by On Time Couriers.      10.00
11/16/11 Postage (1) for mailing disbursement.             0.44
11/16/11 Photocopies (18) of deposits.                      3.60
11/17/11 Delivery Service - made by On Time Couriers.      10.00
12/01/11 Photocopies (9) of deposits.                       1.80
12/01/11 Photocopies (12) of deposits.                      2.40
12/08/11 Photocopy (1) of deposit.                         0.20
12/15/11 Photocopies (6) of deposits.                      1.20
12/29/11 Photocopy (1) of deposit.                         0.20
                                                          -------
        Total Expenses                                     80.28

        Total Current Work                              6,057.28
```

```
                                                       Page: 6
        Provident Asset Managment                      02/15/12
                                        Account No:    15-00005M
                                        Invoice No:        2537


           Previous Balance                          31,678.68

                            Payments
                            _____

08/30/11 Payment.   Thank You!                      -10,146.57
11/17/11 Payment.   Thank You!                       -1,059.63
                                                    _____
           Total Payments                           -11,206.20

           Balance Due                              $26,529.76
                                                    ===========
```

Due and payable upon receipt

LITZLER, SEGNER, SHAW & McKENNEY, L.L.P.
1412 Main Street, 24th Floor
Dallas, Texas  75202
(214)  752-0999  *  (214) 752-0990
EIN #:  75-2305990

Page: 1

Provident Asset Managment                                    02/15/12
Dennis Roossien, Receiver                  Account No:    15-00005M
                                           Invoice No:         2538

Professional Services Rendered 01/01/12 thru 02/15/12

                                                  Hours
01/03/12
    MC  Litigation - Blimline:  Documents to Lawson
        Pedigo (1.1)                              1.10      324.50      276

01/04/12
    MC  Litigation - Blimline:  Analysis of John Carney
        valuations (5.2); Carney price per acre charts &
        report on meeting w/ Jerry Alexander (0.8).  6.00  1,770.00     277

01/05/12
    MC  Litigation - Blimine:  Meeting w/ Matt Howard &
        Kathy Norderhaug re: John Carney valuations (0.7) 0.70  206.50  278

01/10/12
    LQ  Case Administration: Discussed with Dennis
        distribution to be processed, reviewed payment
        schedule.  Handled funds transfer.  Updated
        claims.  Prepared disbursements and keyed into
        system.  Filed back up in case bank folder.   2.00     170.00   270

01/12/12
    LQ  Case Administration: Processed stop payment.
        Updated claim.  Prepared disbursement and keyed
        into system. Filed back up in case bank folder.  0.40   34.00   271
    MC  Litigation - Blimline:  Schedule Lawson Pedigo
        visit (0.4)                                  0.40      118.00   279

01/13/12
    LQ  Case Administration: Bank reconciliation for
        December 2011, ran reconciling report and filed
        statements in case bank folders.             0.20       17.00   273

01/16/12
    MC  Litigation - Blimline:  Review Dougherty
        deposition (2.0)                             2.00      590.00   280

01/17/12
    MC  Litigation - Blimline:  Review Dougherty
        deposition - write up analysis (3.0); Prepare for

Provident Asset Managment

Page: 2
02/15/12
Account No:   15-00005M
Invoice No:        2538

|  |  | Hours |  |  |
|---|---|---|---|---|
|  | Dennis Roossien valuation meeting (0.3). | 3.30 | 973.50 | 281 |

01/18/12
MC   Litigation - Blimline:  Met with Dennis Roossien
to review maps of Provident assets sold (1.0).   1.00   295.00   282

01/19/12
LQ   Case Administration: Prepared deposit and keyed
into system.  Filed back up in case bank folder.
(.8)  Set up claim.  Prepared disbursement and
keyed into system.  Filed back up in case bank
folder. (.3)                                      1.10    93.50   272
MC   Litigation - Blimline:  Andy Sommerman's
interesting document - review SEC lawsuit, write
email (0.8).                                      0.80   236.00   283
DR   Review form 2 and prepare SFAR for MHS review and
transmittal to receiver.                          0.70    59.50   289

01/20/12
MHS  Final review and approval of SFAR for transmittal
to receiver.                                      0.30   118.50   290

01/24/12
LQ   Case Administration: Updated claim.  Prepared
disbursement and keyed into system. Filed back up
in case bank folder.                              0.30    25.50   274

01/26/12
LQ   Case Administration: Set up claim.  Prepared
disbursement and keyed into system.  Filed back
up in case bank folder. (.3)  Prepared deposit
and keyed into system.  Filed back up in case
bank folder. (.2)                                 0.50    42.50   275

02/01/12
SH   Litigation - Dougherty:  Dougherty backup
gathered & delivered to Jim McGee.                3.00   285.00   293

02/03/12
LQ   Case Administration: Prepared deposit and keyed
into system.  Filed back up in case bank folder.  0.20    17.00   284
DR   Prepare SFAR for short period January 2012 as
requested by receiver.                            0.50    42.50   292
SH   Multiple uses:  Briefed on pulling net acres for
all released Sinclair leases - Matt Howard.       0.20    19.00   294

02/06/12
SH   Multiple uses:  Started pulling net acres from
remote for all released Sinclair leases - Matt
Howard.                                           0.40    38.00   295

02/07/12
SH   Multiple uses:  Continued pulling net acres for
all released Sinclair leases - Matt Howard.       3.00   285.00   296

02/08/12
LQ   Case Administration: Processed stop payment and

```
                                                          Page: 3
        Provident Asset Managment                       02/15/12
                                          Account No:   15-00005M
                                          Invoice No:       2538
```

|  |  |  | Hours |  |  |
|---|---|---|---|---|---|
|  |  | keyed into system.  Filed back up in case bank folder. | 0.20 | 17.00 | 285 |
|  | SH | Multiple uses:  Continued pulling net acreage for released Sinclair leases - Matt Howard. | 3.80 | 361.00 | 297 |
|  | SH | Multiple uses:  Continue pulling net acreage for released Sinclair leases - Matt Howard. | 0.30 | 28.50 | 298 |
| 02/09/12 | DR | Revise SFAR to reflect cancelled check and send to receiver. | 0.40 | 34.00 | 291 |
| 02/13/12 | LQ | Case Administration: Bank reconciliation for January 2012, ran reconciling report and filed statements in case bank folders. | 0.20 | 17.00 | 286 |

```
        For Current Services Rendered          33.00  6,218.00
```

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Milo H. Segner, Jr. | 0.30 | $395.00 | $118.50 |
| Diana Ronquillo | 1.60 | 85.00 | 136.00 |
| Lizz Quinones | 5.10 | 85.00 | 433.50 |
| Mike Carter | 15.30 | 295.00 | 4,513.50 |
| Sandra Hundt | 10.70 | 95.00 | 1,016.50 |

### Expenses

| Date | Description | Amount | |
|---|---|---|---|
| 01/12/12 | Postage (1) for mailing disbursement. | 0.44 | 73 |
| 01/24/12 | Postage (1) for mailing disbursement. |  | 74 |
| 01/25/12 | Miscellaneous Expense. Working lunch for document retention meeting group - Mike Carter, Kathy Norderhaug, Matt Howard, Tiffany Davis & Terry Barnes. | 90.47 | 76 |
| 01/26/12 | Photocopy (1) of deposit. | 0.20 | 75 |
| 02/03/12 | Photocopy (1) of deposit. | 0.20 | 77 |

```
        Total Expenses                           91.31

        Total Current Work                    6,309.31

        Balance Due                          $6,309.31
```

Due and payable upon receipt