IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>    Plaintiff,<br><br>v.<br><br>PROVIDENT ROYALTIES, LLC, et al.,<br><br>    Defendants. | §<br>§<br>§<br>§<br>§   Civil Action No. **3:09-CV-01238-L**<br>§<br>§<br>§<br>§ |

### FINAL JUDGMENT AND PERMANENT INJUNCTION AS TO DEFENDANT JOSEPH S. BLIMLINE

This judgment and permanent injunction are issued pursuant to the court's Order, filed September 18, 2013.

I.

It is hereby **ordered**, **adjudged**, and **decreed** that Defendant and Defendant's agents, servants, employees, attorneys, and all persons in active concert or participation with them who receive actual notice of this Final Judgment by personal service or otherwise are permanently restrained and enjoined from violating, directly or indirectly, Section 10(b) of the Securities Exchange Act of 1934 (the "Exchange Act") [15 U.S.C. § 78j(b)] and Rule 10b-5 promulgated thereunder [17 C.F.R. § 240.10b-5], by using any means or instrumentality of interstate commerce, or of the mails, or of any facility of any national securities exchange, in connection with the purchase or sale of any security:

    (a)    to employ any device, scheme, or artifice to defraud;

    (b)    to make any untrue statement of a material fact or to omit to state a material fact necessary in order to make the statements made, in the light of the circumstances under which they were made, not misleading, or

    (c)    to engage in any act, practice, or course of business which operates or would operate as a fraud or deceit upon any person.

II.

It is hereby further **ordered**, **adjudged**, and **decreed** that Defendant and Defendant's agents, servants, employees, attorneys, and all persons in active concert or participation with them who receive actual notice of this Final Judgment by personal service or otherwise are **permanently restrained and enjoined** from violating Section 17(a) of the Securities Act of 1933 (the "Securities Act") [15 U.S.C. § 77q(a)] in the offer or sale of any security by the use of any means or instruments of transportation or communication in interstate commerce or by use of the mails, directly or indirectly:

    (a)    to employ any device, scheme, or artifice to defraud;

    (b)    to obtain money or property by means of any untrue statement of a material fact or any omission of a material fact necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading; or

    (c)    to engage in any transaction, practice, or course of business which operates or would operate as a fraud or deceit upon the purchaser.

III.

It is hereby further **ordered**, **adjudged**, and **decreed** that pursuant to Section 21(d)(2) of the Exchange Act [15 U.S.C. § 78u(d)(2)], Defendant is **enjoined and prohibited** from acting as an officer or director of any issuer that has a class of securities registered pursuant to Section 12 of the Exchange Act [15 U.S.C. § 78l] or that is required to file reports pursuant to Section 15(d) of the Exchange Act [15 U.S.C. § 78o(d)].

IV.

It is hereby further **ordered**, **adjudged**, and **decreed** that Defendant shall pay the sum of $16,577,551 representing the payment for disgorgement in the above-captioned action plus $1,766,463.48 in prejudgment interest. Defendant shall satisfy this obligation by paying **$18,344,014.48** to the Securities Exchange Commission within 30 days after entry of this Final Judgment. Postjudgment interest shall accrue on this amount at the applicable federal rate of **.13 percent** commencing thirty days after entry until it is paid in full.

V.

It is hereby further **ordered**, **adjudged**, and **decreed** that Defendant shall pay a civil penalty in the amount of **$16,577,551** pursuant to 15 U.S.C. § 77t(d) and 15 U.S.C. § 78u(d)(3). Defendant shall satisfy this obligation by paying $16,577,551 to the Securities Exchange Commission within 30 days after entry of this Final Judgment.

VI.

It is hereby further **ordered**, **adjudged**, and **decreed** that this court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

**Signed** this 23rd day of September, 2013.

                                                  _____
                                                  Sam A. Lindsay
                                                  United States District Judge